UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORTO, INC., )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>WILLIAM GATEMAN, INDIVIDUALLY )<br>and as TRUSTEE OF 200 UNION )<br>STREET REALTY TRUST )<br> )<br>  Defendant. ) | CIVIL ACTION NO.<br><br>11730 NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Rule 7.3 of the Local Rules for the District of Massachusetts, Plaintiff Georto, Inc. states that it does not have any parent corporations and that no publicly held corporation owns more than 10% of its stock.

GEORTO, INC.
By its attorneys,

_____
Dale C. Kerester BBO # 548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

Dated: August 5, 2004