%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Georto, Inc.

V.

William Gateman, Individually
and as Trustee of 200 Union
Street Realty Trust

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11730 NG

TO: (Name and address of Defendant)
William Gateman, Individually and as Trustee of 200 Union
Street Realty Trust
93 Atlantic Avenue
Swampscott, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale C. Kerester, Esq., Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal
Street, 22nd Floor, Boston, Massachusetts 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

AUG 0 5 2004

DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: August 07, 2004 |
| NAME OF SERVER: BRIAN DOYLE | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left.~~

Said service was made at: **93 ATLANTIC AVENUE, SWAMPSCOTT**, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 40.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **August 07, 2004**          [Signature]
             Date                         Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks                                                        FEE
ALSO SERVED:                                                                   $_____
                                                                               $_____
CIVIL ACTION COVER SHEET; CATEGORY SHEET AND CORPORATE DISCLOSURE STATEMENT.   $_____
                                                                               $_____
                                                                               $_____
                                                                               $_____
                                                                               $_____
                                                                    TOTAL      $_____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            **One Devonshire Place**        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     **Boston, MA 02109**            Fax #       (617) 720-5737