Roberts Corporation
4 Bridle Bridge Road
P.O. Box 455
Hudson, NH 03051

Phone (603) 880-0122 Fax (603) 883-8671

# Contract

| DATE | CONTRACT # |
|---|---|
| 3/12/2002 | 1182 |

**NAME / ADDRESS**
William Gateman
93 Atlantic Avenue
Swampscott, MA 01907

**PROJECT**
Union Street - Lynn, MA

| SCOPE OF WORK | COST |
|---|---|
| 1. Provide necessary Insurance, Tools, Labor, Trucks & Equipment for Demolition<br>2. Demolish existing Building<br>3. Remove Demo Debris off Site to be Disposed of Legally<br>4. Remove Steel off Site to be Recycled<br>5. Break up Cellar Floor<br>6. Break Walls 2' Below Grade and Leave Concrete & Brick in Hole to Bury if acceptable to Town<br>7. Cover with Fill and Rough Grade Site | 90,000.00 |
| EXCLUSIONS:<br>1. Fire & Police Details<br>2. Permits<br>3. Hazardous Materials | |
| ADDITIONAL:<br>1. Removal of Brick and Foundation Concrete if not acceptable to bury on Site | 25,000.00 |
| PAYMENT TERMS:<br>1. $30,000 at the end of each week after job start | |
| **TOTAL** | **$115,000.00** |

*Robert B. Stalker, Jr.*
Robert B. Stalker, Jr.
Roberts Dismantling & Recycling Corp.

2537

# Roberts Corporation

Post Office Box 455
Hudson, New Hampshire 03051
Telephone (603) 880-0122 • Fax (603) 883-8671

INVOICE
N⁰ 001289

DATE: MAY 8, 2002

SOLD TO: WILLIAM GATEMAN
93 ATLANTIC AVENUE
SWAMPSCOTT, MA. 01907

| DATE | TRUCK NO. | PROJECT: 200 UNION STREET, LYNN, MA. | RATE | AMOUNT |
|---|---|---|---|---|
| 4/09/02 | 2 | 753 BOBCAT 1 DAY RENTAL | | $ 500.00 |
| 5/01/02 | | 330 BL CAT EXCAVATOR 4 HRS. RENTAL | | 500.00 |
| 5/02/02 | | 330 BL CAT EXCAVATOR 4 HRS. RENTAL | | 500.00 |
| 5/03/02 | | 950 CAT LOADER 8 HRS. RENTAL | | 720.00 |
| 5/07/02 | | 3 LDS 2Z ASBESTOS ROOFING | | |
| | | 1ST. LD. 6.48 TONS @ $140.00 P/Ton PLUS 200.00 PULL | | 907.20 |
| | | | | 300.00 |
| | | 2ND LD. 7.91 TONS | | 1,107.40 |
| | | | | 300.00 |
| | | 3RD. LD 10.00 TONS | | 1,400.00 |
| | | | | $ 300.00 |
| | | | | $ 6,534.60 |
| | | Paid #9072 | | 6,500.00 |
| | | | | 34.60 |

2:08 PM  
12/06/04  
Accrual Basis

# Roberts Corporation
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **William Gateman** | | | | | | |
|   **Union Street - Lynn, MA** | | | | | | |
|     Invoice | 3/29/2002 | 2483 | | 3/29/2002 | 10,000.00 | 90,000.00 |
|     Invoice | 5/8/2002 | 2537 | | 5/8/2002 | 34.60 | 6,534.60 |
|   Total Union Street - Lynn, MA | | | | | 10,034.60 | 96,534.60 |
| Total William Gateman | | | | | 10,034.60 | 96,534.60 |
| **TOTAL** | | | | | 10,034.60 | 96,534.60 |

*OPEN BALANCE*  *TOTAL BILLED* (handwritten annotations)

Page 1

2:08 PM
12/06/04

# Roberts Corporation
## Customer QuickReport
### All Transactions

| Type | Date | Num | Amount |
|---|---|---|---|
| **William Gateman** | | | |
|   Union Street - Lynn, MA | | | |
|   Estimate | 3/12/2002 | 1182 | 115,000.00 |
|   Invoice | 3/29/2002 | 2483 | 90,000.00 |
|   Payment | 3/29/2002 | 692 | 19,000.00 |
|   Payment | 4/6/2002 | 1067 | 15,000.00 |
|   Payment | 4/6/2002 | cash | 3,000.00 |
|   Payment | 4/8/2002 | cash | 3,000.00 |
|   Payment | 4/12/2002 | 1070 | 10,000.00 |
|   Payment | 4/18/2002 | cash | 4,000.00 |
|   Payment | 4/19/2002 | cash | 4,000.00 |
|   Payment | 4/22/2002 | cash | 2,000.00 |
|   Invoice | 5/8/2002 | 2537 | 6,534.60 |
|   Payment | 5/10/2002 | 9070 | 10,000.00 |
|   Payment | 5/10/2002 | 9072 | 6,500.00 |
|   Credit Memo | 7/1/2002 | 2930 | -10,000.00 |