UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11730 NG

GEORTO, INC.,

    Plaintiff

v.

WILLIAM GATEMAN, INDIVIDUALLY
AND AS TRUSTEE OF 200 UNION
STREET REALTY TRUST,

    Defendant and
    Third Party Plaintiff

v.

ROBERTS CORPORATION,

    Third Party Defendant

## AFFIDAVIT OF SERVICE

I, ALAN G. MILLER, counsel for William Gateman, Individually and as Trustee of 200 Union Street Realty Trust, Defendant and Third Party Plaintiff, do hereby give oath that I served the Third Party Complaint and Third Party Summons in a Civil Action on Roberts Corporation, Third Party Defendant, by following the procedure set forth in Mass. Gen. Laws Chapter 223A, Section 6, by mailing a copy of such Third Party Complaint and Third Party Summons in a Civil Action to Roberts Corporation at its Post Office Box 455, Hudson, NH 03051 and at its street address, 4 Bridle Bridge Road, Hudson, NH 03051 by Certified Mail, Return Receipt Requested. A copy of the summonses and return receipts are hereby attached to this Affidavit of Service.

Signed under the pains and penalties of perjury this 14th day of December, 2004.

*[signature]*

Alan G. Miller, BBO#346240
Attorney for William Gateman, Individually and
As Trustee of 200 Union Street Realty Trust
Defendant and Third Party Plaintiff
6 Beacon Street, Suite 1100
Boston, MA 02108
617-227-4044

Dated: December 14, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED UPON
THE ATTORNEY(S) OF RECORD FOR EACH OTHER
PARTY BY MAIL/HAND ON  12/14/04

*[signature]*

# United States District Court

_____ DISTRICT OF _____

PLAINTIFF
GEORTO, INC.

THIRD PARTY SUMMONS IN A
CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

WILLIAM GATEMAN, INDIVIDUALLY
AND AS TRUSTEE OF 200 UNION
STREET REALTY TRUST

CASE NUMBER:

V. THIRD PARTY DEFENDANT

ROBERTS CORPORATION

**04 11730 NG**

TO: (Name and address of Third Party defendant)
Roberts Corporation
P.O. Box 455
Hudson, NH 03051

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Dale C. Kerester, Esq.<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110 | Alan G. Miller, Esq.<br>6 Beacon Street, Suite 1100<br>Boston, MA 02108 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, _unless_ (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE 1/30/04

# United States District Court

_____ DISTRICT OF _____

**PLAINTIFF**
GEORTO, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

WILLIAM GATEMAN, INDIVIDUALLY
AND AS TRUSTEE OF 200 UNION
STREET REALTY TRUST

**CASE NUMBER:**

**V. THIRD PARTY DEFENDANT**

ROBERTS CORPORATION

**04 11730 NG**

TO: (Name and address of Third Party defendant)
Roberts Corporation
4 Bridle Bridge Road
Hudson, NH 03051

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Dale C. Kerester, Esq.<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110 | Alan G. Miller, Esq.<br>6 Beacon Street, Suite 1100<br>Boston, MA 02108 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

(BY) DEPUTY CLERK

DATE  1-30-04