UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11730 NG

GEORTO, INC.,
          Plaintiff

v.

WILLIAM GATEMAN, INDIVIDUALLY
AND AS TRUSTEE OF 200 UNION
STREET REALTY TRUST,

          Defendant,
          Third Party Plaintiff, and
          Third Party Defendant-in-Counterclaim

v.

ROBERTS CORPORATION,

          Third Party Defendant, and
          Third Party Plaintiff-in-Counterclaim

## ANSWER TO COUNTERCLAIM AGAINST THIRD PARTY PLAINTIFF AND JURY DEMAND

### FIRST DEFENSE

The Counterclaim fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The third party defendant-in-counterclaim answers the Counterclaim paragraph by paragraph, as follows:

## Facts Common To All Claims

1. The third party defendant-in-counterclaim admits that certain services were provided under the March 12, 2002 contract but denies that such services were provided in a proper manner and denies that he owes any amount for such services.

2. Denied.

3. Denied.

### Count I
### Breach of Contract

4. Denied

### Count II
### Accounts Annexed

5. Denied

### Count III
### Quantum Meruit

6. Denied. And further answering, the third party defendant-in-counterclaim avers that such services were provided in an improper manner and in violation of the terms of his contract with the third party plaintiff-in-counterclaim.

## THIRD DEFENSE

The third party plaintiff-in-counterclaim cannot recover in this action because of the failure of consideration.

## FOURTH DEFENSE

The third party plaintiff-in-counterclaim cannot recover in this action because the services

performed by it were in violation of law.

WHEREFORE, DEFENDANT, THIRTY PARTY PLAINTIFF AND THIRD PARTY DEFENDANT-IN-COUNTERCLAIM REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

> DEFENDANT, THIRD PARTY PLAINTIFF and
> THIRD PARTY DEFENDANT-IN-COUNTERCLAIM
> WILLIAM GATEMAN, INDIVIDUALLY AND
> AS TRUSTEE OF 200 UNION STREET REALTY
> TRUST
>
> By his Attorney,
>
> _____
> Alan G. Miller, BBO #346240
> 6 Beacon Street. Suite 1100
> Boston, MA 02108
> (617) 227-4044

Dated: January 11, 2005

### CERTIFICATE OF SERVICE

I, Alan G. Miller, hereby certify that on this 11th day of January, 2005, I caused to be served the foregoing document by mailing first-class, postage prepaid, to:

> J. Mark Dickison, Esq.
> Lawson & Weitzen, LLP
> 88 Black Falcon Avenue, Suite 345
> Boston, MA 02110
>
> Dale C. Kerester, Esq.
> Lynch, Brewer, Hoffman & Fink, LLP
> 101 Federal Street, 22nd Floor
> Boston, MA 02110

_____
Alan G. Miller