UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, INDIVIDUALLY | ) | CIVIL ACTION NO. 04-11730 NG |
| and as TRUSTEE OF 200 UNION | ) | |
| STREET REALTY TRUST, | ) | |
| Defendant and | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTS CORPORATION, | ) | |
| Third Party | ) | |
| Defendant. | ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Now comes the Plaintiff, Georto, Inc., in the above-entitled matter together with its

attorney and hereby certifies as follows:

1.     That they have conferred with a view towards establishing a budget for the cost

of conducting the full course -- and various alternative courses -- of the litigation; and

2.     That they have conferred to consider the resolution of the litigation through the

use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ James Hawkins
Georto, Inc.
By:  James Hawkins, President

/s/ Dale C. Kerester
Dale C. Kerester, BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800
dkerester@lynchbrewer.com


192878_2