UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11730 NG

_____

GEORTO, INC.,
        Plaintiff,

v.

WILLIAM GATEMAN, INDIVIDUALLY
AND AS A TRUSTEE OF THE
200 UNION STREET REALTY TRUST,
        Defendant,
        Third Party Plaintiff, and
        Third Party Defendant-in-Counterclaim,

v.

ROBERTS CORPORATION,
        Third Party Defendant, and
        Third Party Plaintiff-in-Counterclaim.
_____

**THIRD PARTY DEFENDANT ROBERTS CORPORATION'S
CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify that the authorized representative of the third party defendant Roberts Corporation has conferred with its counsel Lawson & Weitzen, LLP: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

___/s/ Robert B. Stalker, Jr._____
Duly Authorized on Behalf of
Defendant Roberts Corporation

___/s/ J. Mark Dickison_____
Counsel for Third Party Defendant
J. Mark Dickison   (BBO No. 629170)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts  02210
(617) 439-4990