UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORTO, INC., <br>     Plaintiff, <br><br> v. <br><br> WILLIAM GATEMAN, INDIVIDUALLY and as TRUSTEE OF 200 UNION STREET REALTY TRUST <br><br>     Defendant, <br>     Third Party Plaintiff, and <br>     Third Party Defendant-in-Counterclaim <br><br> ROBERTS CORPORATION <br><br>     Third Party Defendant, <br>     and Third Party Plaintiff-in-Counterclaim | CIVIL ACTION NO: 04-11730 NG |

## APPEARANCE

Please enter my appearance for William Gateman, Individually and as Trustee of 200 Union Street Realty Trust in addition to present counsel Alan G. Miller, Esq.

James S. Robbins, Esq.
BBO#421880
6 Beacon Street
Suite 1100
Boston, MA 02108
617-227-7541
617-227-3722 fax

**CERTIFICATE OF SERVICE**

I, James S. Robbins, Esquire, hereby certify that on the 15th day of April, 2005, I served the above document upon all counsel of record by mailing a true and exact copy of same, postage prepaid.
SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:

JAMES S. ROBBINS
6 Beacon Street
Boston, MA  02108
Tel: (617) 227-7541
BBO#421880