## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORTO, INC., <br>   Plaintiff, <br><br> v. <br><br> WILLIAM GATEMAN, INDIVIDUALLY <br> and as TRUSTEE OF 200 UNION <br> STREET REALTY TRUST <br><br>    Defendant, <br>    Third Party Plaintiff, and <br>    Third Party Defendant-in- <br>    Counterclaim <br><br> ROBERTS CORPORATION <br><br>    Third Party Defendant, <br>    and Third Party Plaintiff-in- <br>    Counterclaim | CIVIL ACTION NO. 04-11730 NG |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

b.  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


William Gateman
By his Attorney,

/s/ William Gateman
Alan G. Miller BBO#346240
James S. Robbins BBO#421880
6 Beacon Street

Boston, MA 02108
(617) 227-4044


/s/ Alan Miller
Alan G. Miller BBO#346240
James S. Robbins BBO#421880
6 Beacon Street
Boston, MA 02108
(617) 227-4044



CERTIFICATE OF SERVICE


I, Alan G. Miller, hereby certify that on the 15th day of April 2005, I caused to be served the foregoing document by mailing first-class postage, prepaid, to all counsel of record.


/s/ Alan Miller
Alan G. Miller
6 Beacon Street
Boston, MA 02108
(617) 227-4044