UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., | ) | CIVIL ACTION NO. 04-11730 NG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, INDIVIDUALLY | ) | |
| and as TRUSTEE OF 200 UNION | ) | |
| STREET REALTY TRUST, | ) | |
| Defendant and | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTS CORPORATION, | ) | |
| Third Party | ) | |
| Defendant. | ) | |

## MOTION OF DEFENDANT, WILLIAM GATEMAN, TO EXPAND THE DISCOVERY DEADLINE

Now comes the Defendant, William Gateman and hereby petitions this Honorable Court to expand the current Discovery Completion Deadline of September 30, 2005 for 60 days to November 30, 2005 to permit the Defendant to take the following Depositions: Goldman Environmental Consultants 30(b) (6), Lauren M. Maigret, P.M. Construction 30 (b) (6), Richard Pearl, Steven McIntyre, S.W. Cole Engineering 30 (b) (6) and Chad B. Michaud, P.E.. These deponents possess sentient information as to the main issues of this case which information is unavailable elsewhere. This expansion would need to be accompanied by a 30 day expansion of the "designation of experts" deadline and the "designation of rebuttal experts". No expansion of the "dispositive motions" deadline of January 30, 2006 nor the "final pre-trial conference" date is requested.

Accordingly, the Defendant petitions that the Discovery Requests and Deposition Completion date be extended by 60 days to November 30, 2005 (not, however, to include expert Depositions). It is expected by the Defendant that all necessary Depositions and Paper Discovery will be completed by this date.

WHEREFORE, the Defendant petitions this Honorable Court to extend the Discovery Deadline as set forth above.

Respectfully submitted
By the Defendant,
William Gateman
By his attorney

James S. Robbins
6 Beacon Street
Boston, MA 02108
(617-227-7541)
BBO# 421880

Date: 10-14-05

### CERTIFICATE OF SERVICE

I, James S. Robbins, Esquire, hereby certify that on the 14 day of October, 2005, I served the above and foregoing **MOTION OF DEFENDANT, WILLIAM GATEMAN, TO EXPAND THE DISCOVERY DEADLINE** on the following individual and counsel of record by mailing a true and exact copy of same, postage prepaid, to:

Dale Kerester
Lynch, Brewer, Hoffman & Fink LLP
101 Federal Street
22nd Floor
Boston, MA 02110

J. Mark Dickison, Esq.
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02110

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:

James S. Robbins
6 Beacon Street
Boston, MA 02108
Tel: (617) 227-7541
BBO#421880