**Roberts Corporation**
4 Bridle Bridge Road
P.O. Box 455
Hudson, NH 03051
Phone (603) 880-0122 Fax (603) 883-8671

# Contract

| DATE | CONTRACT # |
|---|---|
| 3/12/2002 | 1182 |

**NAME / ADDRESS**
William Gateman
93 Atlantic Avenue
Swampscott, MA 01907

**PROJECT**
Union Street - Lynn, MA

| SCOPE OF WORK | COST |
|---|---|
| 1. Provide necessary Insurance, Tools, Labor, Trucks & Equipment for Demolition | 90,000.00 |
| 2. Demolish existing Building | |
| 3. Remove Demo Debris off Site to be Disposed of Legally | |
| 4. Remove Steel off Site to be Recycled | |
| 5. Break up Cellar Floor | |
| 6. Break Walls 2' Below Grade and Leave Concrete & Brick in Hole to Bury if acceptable to Town | |
| 7. Cover with Fill and Rough Grade Site | |

EXCLUSIONS:
1. Fire & Police Details
2. Permits
3. Hazardous Materials

ADDITIONAL: 25,000.00
1. Removal of Brick and Foundation Concrete if not acceptable to bury on Site

PAYMENT TERMS:
1. $30,000 at the end of each week after job start

**TOTAL  $115,000.00**

*Robert B. Stalker, Jr.*
Robert B. Stalker, Jr.
Roberts Dismantling & Recycling Corp.



*ROB000069*