

**Roberts Corporation**
4 Bridle Bridge Road
P.O. Box 455
Hudson, NH 03051
Phone (603) 880-0122 Fax (603) 883-8671

# Contract

| DATE | CONTRACT # |
|---|---|
| 3/12/2002 | 1182 |

| NAME / ADDRESS |
|---|
| William Gateman<br>93 Atlantic Avenue<br>Swampscott, MA 01907 |

| PROJECT |
|---|
| Union Street - Lynn, MA |

| SCOPE OF WORK | COST |
|---|---|
| 1. Provide necessary Insurance, Tools, Labor, Trucks & Equipment for Demolition<br>2. Demolish existing Building<br>3. Remove Demo Debris off Site to be Disposed of Legally<br>4. Remove Steel off Site to be Recycled<br>5. Break up Cellar Floor<br>6. Break Walls 2' Below Grade and Leave Concrete & Brick in Hole to Bury if acceptable to Town<br>7. Cover with Fill and Rough Grade Site<br><br>EXCLUSIONS:<br>1. Fire & Police Details<br>2. Permits<br>3. Hazardous Materials<br><br>ADDITIONAL:<br>1. Removal of Brick and Foundation Concrete if not acceptable to bury on Site<br><br>PAYMENT TERMS:<br>1. $30,000 at the end of each week after job start | 90,000.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br>25,000.00 |
| **TOTAL** | **$115,000.00** |

Robert B. Stalker, Jr.
Roberts Dismantling & Recycling Corp.

