UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>**GEORTO, INC.,** )<br>    Plaintiff, )<br>             )<br>    v. )<br>             )<br>**WILLIAM GATEMAN, INDIVIDUALLY** )<br>**and as TRUSTEE OF 200 UNION** )<br>**STREET REALTY TRUST** )<br>             )<br>    Defendant, )<br>    Third Party Plaintiff, and )<br>    Third Party Defendant-in- )<br>    Counterclaim )<br>             )<br>**ROBERTS CORPORATION** )<br>             )<br>    Third Party Defendant, )<br>    and Third Party Plaintiff-in- )<br>    Counterclaim )<br>_____ ) | **CIVIL ACTION NO. 04-11730 NG** |

### EMERGENCY MOTION OF THE DEFENDANT, WILLIAM GATEMAN, TO EXTEND THE JANUARY 30, 2006 DATE BY WHICH THE DEFENDANT MUST DESIGNATE AND DISCLOSE HIS REBUTTAL EXPERT WITNESSES

   The Defendant, William Gateman, hereby Moves the court to grant him a two week extension until February 15, 2006 to designate and disclose his rebuttal expert witnesses.
   As grounds therefore, counsel, James S. Robbins, Esq. and Alan G. Miller, Esq., state that they and Mr. Gateman have developed very serious irreconcilable differences and opinions as to the defense of the case in chief and the prosecution of the Third Party claims.  Counsel and Mr. Gateman feel that given these differences, they cannot properly and adequately represent him in this matter.  In fact, Mr. Gateman has discharged both counsel from representing him and is presently seeking new counsel.  This Motion is intended to allow Mr.

Gateman sufficient time to obtain new counsel and for such counsel to identify suitable rebuttal experts.

WHEREFORE, the Defendant Moves the court to grant him a two week extension until February 15, 2006 to designate and disclose his rebuttal expert witnesses.

Respectfully submitted,

/s/ James S. Robbins
James S. Robbins, Esq.
BBO#421880
6 Beacon Street
Suite 1100
Boston, MA 02108
617-227-7541
617-227-3722 fax

/s/ Alan G. Miller
Alan G. Miller, Esq.
BBO#346240
6 Beacon Street
Suite 1100
Boston, MA 02108
617-227-4044

### CERTIFICATE OF SERVICE

I, James S. Robbins, Esquire, hereby certify that on the 25th day of January, 2006, I served the above and foregoing **EMERGENCY MOTION OF THE DEFENDANT, WILLIAM GATEMAN, TO EXTEND THE JANUARY 30, 2006 DATE BY WHICH THE DEFENDANT MUST DESIGNATE AND DISCLOSE HIS REBUTTAL EXPERT WITNESSES** on the following individual and counsel of record by mailing a true and exact copy of same, postage prepaid, to:

**Dale Kerester**
**Lynch, Brewer, Hoffman & Fink LLP**
**101 Federal Street**
**22nd Floor**
**Boston, MA 02110**

**J. Mark Dickison, Esq.**
**LAWSON & WEITZEN, LLP**
**88 Black Falcon Avenue, Suite 345**
**Boston, MA 02110**

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:

/s/ James S. Robbins
JAMES S. ROBBINS
6 Beacon Street
Boston, MA  02108
Tel: (617) 227-7541
BBO#421880

**CERTIFICATE OF SERVICE**

I, James S. Robbins, Esquire, hereby certify that on the  25th day of January , 2006, I served the above and foregoing **EMERGENCY MOTION OF THE DEFENDANT, WILLIAM GATEMAN, TO EXTEND THE JANUARY 30, 2006 DATE BY WHICH  THE DEFENDANT MUST DESIGNATE AND DISCLOSE HIS REBUTTAL EXPERT WITNESSES** on the following individual by overnight FedEx, a true and exact copy of same, postage prepaid, to:

**William Gateman
93 Atlantic Avenue
Swampscott, MA 01901
TRACKING NO: 8533 3450 5729**

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:

/s/ James S. Robbins
JAMES S. ROBBINS
6 Beacon Street
Boston, MA  02108
Tel: (617) 227-7541
BBO#421880