# United States District Court

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ | CIVIL ACTION NO. 04-11730 NG |
| GEORTO, INC., ) | |
|     Plaintiff, ) | |
| v. ) | |
| WILLIAM GATEMAN, INDIVIDUALLY ) | |
| and as TRUSTEE OF 200 UNION ) | |
| STREET REALTY TRUST ) | |
|     Defendant, ) | |
|     Third Party Plaintiff, and ) | |
|     Third Party Defendant-in- ) | |
|     Counterclaim ) | |
| v. ) | |
| ROBERTS CORPORATION ) | |
|     Third Party Defendant, ) | |
|     and Third Party Plaintiff-in- ) | |
|     Counterclaim ) | |
| _____) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given by Third Party Defendant, Roberts Corporation, ("Roberts") that the documents, exhibits or attachments listed below will be manually filed with the Court on January 30, 2006 and are available in paper form only:

- Exhibit 1 – Contract between Roberts Corporation and William Gateman

- Exhibit 2 – Family Dollar Contract for Purchase and Sale of Real Estate

- Exhibit 3 – Georto, Inc. Contract for Purchase and Sale of Real Estate

- Exhibit 4 – Roberts' Corporation daily tracking and daily job reports

- Exhibit 5 – Deposition of William B. Gateman

- Exhibit 6 – Deposition of Kevin J. Doherty

- Exhibit 7 – Deposition of Robert B. Stalker

- Exhibit 8 – Deposition of Scott Wetherbee

- Exhibit 9 – Deposition of James M. Hawkins

>Respectfully submitted,
>Roberts Corporation,
>By its Attorney,
>
>  /s/ J. Mark Dickison_____
>J. Mark Dickison (BBO# 629170)
>LAWSON & WEITZEN, LLP
>88 Black Falcon Ave., Ste. 345
>Boston, MA  02210
>617-439-4990
>mdickison@lawson-weitzen.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 28, 2006.

  /s/ J. Mark Dickison_____
J. Mark Dickison