UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAR 28 A 10:41

CIVIL ACTION NO. 04-11730-NG

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GEORTO, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM GATEMAN, INDIVIDUALLY and as TRUSTEE OF 200 UNION STREET REALTY TRUST | ) |
| Defendant and Third Party Plaintiff, | ) |
| ROBERTS CORPORATION, | ) |
| Third Party Defendant. | ) |

**APPEARANCE**

PLEASE ENTER my appearance as Attorney on behalf of William Gateman, Individually and as Trustee of 200 Union Street Realty Trust

Date:  March 20, 2006

Respectfully submitted,

_[signature]_

Mark P. McGrath, Esq. BBO# 642913
9 West Broadway #214
Boston, MA 02127
(617) 271-9009

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Plaintiff's Notice of Appearance was this day served upon all counsel of record by mailing a true and exact copy of same, postage paid.

SIGNED under the pains and penalties of perjury.

Dated: March 20, 2006

_____
Mark P. McGrath, Esq.
BBO# 642913
9 West Broadway #214
Boston, MA 02127
(617) 271-9009