FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 MAR 31 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO. 04-11730 NG

|  |  |
|---|---|
| GEORTO, INC., | ) |
|     Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| WILLIAM GATEMAN, INDIVIDUALLY | ) |
| and as TRUSTEE OF 200 UNION | ) |
| STREET REALTY TRUST | ) |
|  | ) |
|     Defendant, | ) |
|     Third Party Plaintiff, and | ) |
|     Third Party Defendant-in- | ) |
|     Counterclaim | ) |
|  | ) |
| ROBERTS CORPORATION | ) |
|  | ) |
|     Third Party Defendant, | ) |
|     and Third Party Plaintiff-in- | ) |
|     Counterclaim | ) |

## DEFENDANT WILLIAM GATEMAN'S DESIGNATION OF EXPERTS AND DISCLOSURE OF EXPERT TESTIMONY

Defendant, William Gateman ("Gateman"), pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Scheduling Order, as amended, hereby discloses that the following individuals may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

    John Ferreira
    J&J Materials Corporation
    71 Fall River Avenue
    Rehoboth, MA 02761
    (508) 336-5365

Facts/standards/opinions regarding: proposals, bids, contracts, subcontracts, work authorizations, debris/waste removal, fill, costs, impact on schedule, construction.

Gateman reserves the right to supplement this disclosure and to disclose further individuals and/or to supplement the disclosures set forth herein, including but not limited to rebuttal disclosures.

**DEFENDANT WILLIAM GATEMAN,**
**INDIVIDUALLY AND AS TRUSTEE**
By his attorney

*/s/ Mark P. McGrath*

Mark P. McGrath, Esq., BBO #642913
9 West Broadway #214
Boston, MA 02127
(617) 271-9009
mpgrath@aol.com

Date: March 27, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Defendant William Gateman's Designation of Experts was this day served upon all counsel of record by mailing a true and exact copy of same, postage paid.

SIGNED under the pains and penalties of perjury.

Dated: March 27, 2006

_____
Mark P. McGrath, Esq.
BBO# 642913
9 West Broadway #214
Boston, MA 02127
(617) 271-9009