UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., <br>     Plaintiff, <br><br> v. <br><br> WILLIAM GATEMAN, INDIVIDUALLY <br> and as TRUSTEE OF 200 UNION <br> STREET REALTY TRUST, <br>     Defendant and <br>     Third Party Plaintiff, <br><br> v. <br><br> ROBERTS CORPORATION, <br>     Third Party <br>     Defendant. | CIVIL ACTION NO. 04-11730 NG |

## AFFIDAVIT OF DALE C. KERESTER DATED APRIL 7, 2006

I, Dale C. Kerester, do depose and say as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and am a partner in the law firm of Lynch, Brewer, Hoffman & Fink, LLP ("Lynch, Brewer"). I am counsel for Georto, Inc. ("Georto"), Plaintiff in this matter. I submit this affidavit in support of Plaintiff's Motion for Approval of Trustee Process.

2. Attached hereto as Exhibit "A" is a true and accurate copy of the deposition transcript (manuscript) of Stephen McIntyre in this matter.

3. Attached hereto as Exhibit "B" is a true and accurate copy of the deposition transcript (manuscript) of Lauren McKinlay in this matter.

4. Attached hereto as Exhibit "C" is a true and accurate copy of Goldman Environmental Phase 1 Environmental Site Assessment, deposition exhibit no. 8.

5. Attached hereto as Exhibit "D" is a true and accurate copy of Quitclaim Deed, deposition exhibit no. 12.

6. Attached hereto as Exhibit "E" is a true and accurate copy of the S.W. Cole Geotechnical Engineering Evaluation dated May 13, 2004, deposition exhibit no. 31.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF APRIL, 2006.

/s/ Dale Kerester
_____
Dale C. Kerester

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and accurate copy of the foregoing affidavit to be served upon the counsel listed below by electronic filing, this 7th day of April, 2006:

Mark P. McGrath, Esq., BBO #642913  (by first class mail)
9 West Broadway  #214
Boston, MA  02127
(617) 271-9009
mpgrath@aol.com

J. Mark Dickison, Esq., BBO# 629170
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02110

/s/ Dale C. Kerester
_____
Dale C. Kerester