

2004022000309 Bk:22414 Pg:390
02/20/2004 11:10:00 DEED Pg 1/3

# Quitclaim Deed

I, **William Gateman, Trustee of the 200 Union Street Realty Trust, u/d/t dated December 18, 1996, and recorded with the Essex South Registry of Deeds in Book 13905, Page 472,** for consideration of Three Hundred Thousand ($300,000.00) Dollars and other good and valuable consideration, the receipt, adequacy and sufficiency of which is hereby acknowledged, does hereby grant, bargain, sell, transfer, assign, convey and deliver to **Georto, Inc.,** (hereinafter referred to as Grantee), 3965 Leafy Way, Coconut Grove, FL 33133 with **quitclaim covenants**:

A certain parcel of land with all the buildings and structures located thereon together with all rights and benefits appurtenant thereto situated on Union and Ellis Streets in Lynn, Essex County, Massachusetts, bounded and described as follows:

**See Exhibit "A" attached hereto.**

This conveyance is subject to a permanent 24 inch footing easement for construction and maintenance and repair along the entire northeast border of the above-mentioned parcel to have and to hold said easement into Family Dollar Stores of Massachusetts, Inc., its successors and assigns, forever. See Deed dated January 28, 2003, and recorded in the Essex County Registry of Deeds in Book __20090__, Page _489_.

This conveyance is made subject to easements, restrictions and reservations of record, zoning laws, regulations and ordinances of municipal and other governmental authorities, if any, to the extent that the same are now in force and applicable.

Grantee is entitled to use, maintain, repair and replace the storm drain located on the adjacent lot described as Lot #2 on the Plan identified in Exhibit "A" attached hereto.

Grantee agrees that Grantee and any entity controlled by Grantee or any partner or principal of Grantee shall not lease (or permit the leasing or subleasing of) or sell any space on other property owned or controlled by Grantee or any partner or principal of Grantee within one thousand feet of the property described on Exhibit "A" hereto to any discount store operated by or under the name of McCrory's, Fred's, Bill's Dollar, Dollar Tree, Wal-Mart, K-Mart, Ames, Duckwall-Alco, Greenbacks, Pamida, ValueCity, Dolgencorp or Dollar General, Bonus Dollar Stores, or any entity controlled by, affiliated with or related to any of them, or any store operated by Variety Wholesalers, including but not limited to Maxway, Roses, Super 10, ValuMart, Pope's and Bargaintown.

W. GATEMAN
EXHIBIT NO. 12
8-31-0-
R MALONEY

SALEM DEEDS REG 10 ESSEX SOUTH
02/20/04 11:14AM 01
000000 #3578
FEE $1368.00
CASH $1368.00

*Quitclaim Deed*
*William Gateman, Trustee to Georto, Inc.*
*Page two*

```
2004022000309  Bk:22414 Pg:391
02/20/2004 11:10:00  DEED Pg 2/3
```

This provision is not intended to prohibit Grantee from leasing or selling space to a drugstore, toy store, hobby store, sporting goods store, card and gift store, hardware store, home improvement store, auto supply store, electronics store, office supply store or any other store selling a single category of merchandise even though the category may be a broad one such as toys or hardware.

For my title see Deed dated February 28, 2001, from River of Life Miracle Ministries to me, which Deed is recorded with the Essex South Registry of Deeds in Book 18726, Page 108.

WITNESS my hand and seal this __8__ day of February, 2004.

_____
WILLIAM GATEMAN, Trustee
200 Union Street Realty Trust

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

On this __8th__ day of February, 2004, before me, the undersigned notary public, personally appeared **William Gateman**, proved to me through satisfactory evidence of identification, which was _his License (m)_, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
NOTARY PUBLIC    Ph.) F.Y. Yaci
My commission expires: 6-12-2009

2004022000309 Bk:22414 Pg:392
02/20/2004 11:10:00 DEED Pg 3/3

## EXHIBIT A

All that certain lot or parcel of ground situated in Lynn, Essex County, Commonwealth of Massachusetts and described as follows:

"Lot 1" shown on a certain Plan of Land entitled "200 Union Street Realty Trust, Lynn, MA" dated January 13, 2004, prepared by Griffin Engineering Group, LLC, P.O. Box 7061, 100 Cummings Center, Suite 222G, Beverly, MA 01915, and recorded with the Essex Southern District Registry of Deeds in Plan Book 373, Plan 93.