UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORTO, INC.,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM GATEMAN, INDIVIDUALLY<br>and as TRUSTEE OF 200 UNION<br>STREET REALTY TRUST<br><br>    Defendant,<br>    Third Party Plaintiff, and<br>    Third Party Defendant-in-<br>    Counterclaim<br><br>ROBERTS CORPORATION<br><br>    Third Party Defendant,<br>    and Third Party Plaintiff-in-<br>    Counterclaim | CIVIL ACTION NO. 04-11730 NG |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given by Third Party Plaintiff, William Gateman ("Gateman") that the documents, exhibits or attachments listed below will be manually filed with the Court on April 21, 2006 and are available in paper form only:

- Exhibit 1 – Contract between Roberts Corporation and William Gateman
- Exhibit 2 – Family Dollar Contract for Purchase and Sale of Real Estate
- Exhibit 3 – Georto, Inc. Contract for Purchase and Sale of Real Estate

- Exhibit 4 – Deposition of William Gateman
- Exhibit 5 – Deposition of Kevin Doherty
- Exhibit 6 – Roberts' Corporation daily tracking and daily job reports
- Exhibit 7 – Deposition of Robert Stalker

Respectfully submitted,
William Gateman,
Individually and as Trustee
By his Attorney,

_____
Mark P. McGrath, BBO #642913
9 West Broadway #214
Boston, MA 02127
(617) 271-9009
mpgrath@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was this day served upon all counsel of record by mailing a true and exact copy of same, postage paid, as the undersigned has not yet been assigned as a registered participant in the ECF system.

SIGNED under the pains and penalties of perjury.

Dated: April 21, 2006

_____
Mark P. McGrath