UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, INDIVIDUALLY | ) | CIVIL ACTION NO. 04-11730 NG |
| and as TRUSTEE OF 200 UNION | ) | |
| STREET REALTY TRUST, | ) | |
|     Defendant and | ) | |
|     Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTS CORPORATION, | ) | |
|     Third Party Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM REGARDING MOTION FOR APPROVAL OF TRUSTEE PROCESS**

Plaintiff Georto, Inc. ("Georto"), pursuant to Local Rule 7.1(B)(3), moves for leave to file Plaintiff's Reply to Defendant's Opposition to Motion for Approval of Trustee Process, attached hereto as Exhibit 1. In support of this motion, Georto submits that the Reply will assist the Court in its consideration of Georto's Motion for Approval of Trustee Process. As is reflected in the Local Rule 7.1 Certification appearing below, counsel for Defendant William Gateman assents to this motion.

                                              **PLAINTIFF GEORTO, INC.**
                                              By its attorney,

                                              /s Dale Kerester
                                              Dale C. Kerester, BBO#548385
                                              LYNCH, BREWER, HOFFMAN & FINK, LLP
                                              101 Federal Street, 22nd Floor
                                              Boston, MA  02110-1800
                                              (617) 951-0800

Certificate of Compliance with Local Rule 7.1

I, Dale C. Kerester, attorney for Plaintiff Georto, Inc. in the above-referenced matter, hereby certify that the provisions of Local Rule 7.1 have been complied with and that I conferred with Defendant's attorney via email on May 8, 2006 regarding the present motion. I asked Mr. McGrath if he would assent to the filing of this motion. Mr. McGrath replied via email on May 8, 2005 at 5:45 p.m. stating that he assented to the motion.

/s/ Dale Kerester
Dale C. Kerester

Dated: May 8, 2006


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and accurate copy of the foregoing motion to be served upon the counsel listed below by electronic filing, this 8th day of May, 2006:

Mark P. McGrath, Esq., BBO #642913
9 West Broadway #214
Boston, MA 02127
(617) 271-9009
mpgrath@aol.com

J. Mark Dickison, Esq., BBO# 629170
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02110


/s/ Dale C. Kerester

Dale C. Kerester