**COMMONWEALTH OF MASSACHUSETTS**
COURT: United States District Court

FILED
CLERKS OFFICE

2006 JUN 14 A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

Suffolk, ss                                         Date of Service: May 30, 2006

Georto
    Plaintiff                            :

    vs.                                  :

William Gateman, Individually and as     :
Trustee of 200 Union Street Realty Trust :
    Defendant                           :    CA No. 04-11730 NG

Citizens Bank of Massachusetts           :
    Trustee                              :

**ANSWER OF TRUSTEE**

    Citizens Bank of Massachusetts, 53 State Street, Boston, Massachusetts, summoned as trustee for the defendant, makes an answer that at the time of this service of the summons upon trustee it had in its possession goods, effects and credits in the amounts as follows:

    <u>Title</u>                                          <u>Balance Held</u>

    There are no accounts in the name of the defendant.

    On behalf of Citizens Bank of Massachusetts ( the Bank ) I have prepared the foregoing answer with the assistance of agents, employees and representatives of the Bank who ordinarily work on such records matters and are believed to have relevant and correct information and records upon which this answer is based. Accordingly such answer, as set forth herein, is true to the best of my knowledge, information, and belief.

    Signed under oath this 13th day of June, 2006.

By: _____
Donald J. Barry, Jr., BBO No. 031575
Sr. Vice President-Attorney for Trustee
Citizens Bank of Massachusetts
53 State Street, MBS 840
Boston, MA 02109
(617) 725-5810

3

## CERTIFICATION

I hereby certify that on June 13, 2006, I mailed a copy of the within answer to the plaintiff's attorney, Dale C. Kerester, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd floor, Boston, MA 02110.

_____
Donald J. Barry, Jr.