

FILED
IN CLERKS OFFICE

2006 JUN 16  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-11730 NG

| | |
|---|---|
| Georto Inc., | ] |
|     Plaintiff | ] |
| Vs. | ] |
| William Gateman, Individually and | ] |
| As Trustee of 200 Union Street | ] |
| Realty Trust, | ] |
|     Defendant | ] |
| Eastern Bank | ] |
|     Trustee | ] |

ANSWER OF TRUSTEE

Eastern Bank, Summoned as trustee for the defendant(s) William Gateman, individually and As Trustee of 200 Union Street Realty Trust, in the above-entitled matter, says that at the time of service of the summons upon Eastern Bank on May 30, 2006 it had in its possession, goods, effects, or credits in the amount of $ 14,670.31 that is unconditionally due the defendant.

Signed under the penalties of perjury by Elaine Burke, Assistant Operations Manager of Eastern Bank, this 15th day of June 2006.

*Elaine Burke* (signature)

Certificate of Service

I, Elaine Burke, hereby certify that I this date served a copy of the within Answer of Trustee upon The Plaintiff, Georto Inc., by mailing a copy of the same, postage prepaid, this date addressed to Dale C. Kerester, 101 Federal Street, Boston, MA, 02110 Plaintiff's Attorney and to the defendant.

Date: June 15, 2006

*Elaine Burke* (signature)

One Eastern Place • Lynn, MA 01901-1508 • 1-800-EASTERN (327-8376) • www.easternbank.com