COMMONWEALTH OF MASSACHUSETTS

DISTRICT OF MASSACHUSETTS, SS    UNITED STATES DISTRICT COURT
DOCKET NO.    04-1173

GEORTO INC
*(Plaintiff)*

v.    TRUSTEE'S ANSWER

WILLIAM GATEMAN INDIVIDUALLY AND AS TRUSTEE
OF 200 UNION STREET REALTY TRUST
*(Defendant)*

TD BANKNORTH, N.A
*(Trustee Defendant)*

Now comes TD Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Summons, the alleged Trustee had goods, effects, or credits of the named Defendant in the amount of $3,519.76 standing in the name "William Gateman", but said amount is be held in a certificate of deposit account which does not mature, and therefore may not be taken upon execution, until January 5, 2007, with respect to which the Bank wishes to submit to the court, pursuant to M.G. L. c. 246 14, the question whether the Bank is chargeable as trustee upon such facts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19 DAY OF JUNE 2006.

TD BANKNORTH, N.A.

BY: *(signature)*

Lindsay Trueblood
Attachments and Executions
TD Banknorth, N.A.

STATE OF MAINE    June 19, 2006
ANDROSCOGGIN, SS.

Personally appeared the above-named Lindsay Trueblood, who acknowledged that the foregoing Disclosure was true to the best of his/her knowledge and belief.

Before me,

*(signature)*
Notary Public

REBECCA L. MERCIER
Notary Public, Maine
My Commission Expires March 22, 2013