UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, INDIVIDUALLY and as TRUSTEE OF 200 UNION STREET REALTY TRUST, | ) ) ) | CIVIL ACTION NO. 04-11730 NG |
|     Defendant and Third Party Plaintiff, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTS CORPORATION, | ) | |
|     Third Party Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as an attorney for the Plaintiff, Georto, Inc. in the above-referenced matter.

/s/ Karin I. McEwen
Karin I. McEwen, BBO #660597
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800