UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11730 NG

_____

GEORTO, INC.,
    Plaintiff,
v.

WILLIAM GATEMAN, INDIVIDUALLY
AND AS A TRUSTEE OF THE
200 UNION STREET REALTY TRUST,
    Defendant,
    Third Party Plaintiff, and
    Third Party Defendant-in-Counterclaim,
v.

ROBERTS CORPORATION,
    Third Party Defendant, and
    Third Party Plaintiff-in-Counterclaim.
_____

**THIRD PARTY DEFENDANT ROBERTS
CORPORATION'S PRE-TRIAL DISCLOSURE**

The Third Party Defendant Roberts Corporation submits the following Pre-trial

Disclosure:

**I.   WITNESSES**

    A.   The Third Party Defendant Roberts Corporation expects to present the following

witnesses at trial:

1.   Robert B. Stalker, Jr.
    Roberts Corporation
    4 Bridle Ridge Road
    Hudson, NH 03051

1

2. <u>Kevin Doherty</u>
   Roberts Corporation
   4 Bridle Ridge Road
   Hudson, NH 03051

3. <u>James Hawkins</u>
   Georto, Inc.
   2980 McFarlane Road, Suite 202
   Miami, FL 33133

4. <u>William Gateman</u>
   93 Atlantic Avenue
   Swampscott, MA

5. <u>Scott Wetherbee</u>
   Scott Whetherbee Contracting
   3 Robin Road
   North Reading, MA 01864
   (781) 389-1621

   B. The Third Party Defendant Roberts Corporation may present the following

additional witnesses at trial:

6. <u>Keeper of Records of Coastal Recycling</u>
   23 Green Hill Road
   Johnston, RI 02919
   (401) 944-4276

7. <u>Envirotest Laboratory</u>
   Employee:   Richard Charpentier
   307 Pond Street
   Westwood, MA 02090
   (781) 278-0080

8. <u>Jackson D. Gateman</u>
   3 Tip Top Road
   Swampscott, Massachusets 01907

9.     <u>Scott Hungate</u>
        Address Unknown
        704 847-0189

10.    <u>Keeper of Records Lynn Fire Department</u>
        725 Western Avenue
        Lynn, MA 01905
        (781) 593-1234

11.    <u>Massachusetts Department of Environmental Protection</u>
        Employee:    Joe Dowling
        Asbestos Program
        One Winter Street
        Boston, MA 02112

12.    <u>Keeper of Records of Prolerized New England</u>
        Rover Street
        Everett, Massachuseetts
        617-389-8300

13.    <u>Keeper of Records Red Baron Trucking, Inc.</u>
        6 Archer Street
        Swampscott, MA 01907

14.    <u>Keeper of Records of Roberts Corporation</u>
        Roberts Corporation
        4 Bridle Ridge Road
        Hudson, NH 03051

15.    <u>SCS Environmental Services</u>
        Employees:    Kevin Moran

        Joe Capone
        80 Border Street
        E. Boston, MA
        617 569-3600

16.    Keeper of Records of Testa Corp.
       50 Salem Street
       Lynnfield MA 01940
       (781) 245-3555

17.    Keeper of Records of Waste Management of NH, Inc.
       90 Rochester Neck Road
       Rochester, NH
       (603) 330-2134

18.    Phillip Dennis Moran
       413 Stuart Road
       Eaton, NH

19.    Lauren McKinlay
       c/o Jonathan Braverman, Esq.
       50 Braintree Hill Park, Suite 108
       Braintree, MA 02184

20.    Steven John McIntyre
       299 Long Cabin Road
       Arundel, ME

21.    Paul F.X. Yasi
       Yasi & Yasi, PC
       Two Salem Green
       Salem, MA 01970

      The Third Party Defendant Roberts Corporation reserves the right to present any witnesses listed by the plaintiff Georto, Inc. or Defendant William Gateman in their respective disclosures or to supplement this disclosure in order to rebut any disclosures listed by them.

## II. WITNESSES TO BE PRESENTED BY DEPOSITION

The Third Party Defendant Roberts Corporation does not expect to present any witnesses by means of a deposition at this time. However, Roberts Corporation understands that other parties, including the plaintiff Georto, Inc. may do so and, thus, Roberts Corporation reserves the right to designate portions of any transcript offered by other parties or to supplement this disclosure in order to rebut any designations listed by them.

## III. EXHIBITS

A. The Third Party Defendant Roberts Corporation expects to present the following exhibits at trial:

1. Contract between Roberts Corporation and William Gateman

2. Family Dollar Contract for Purchase and Sale of Real Estate

3. Georto, Inc. Contract for Purchase and Sale of Real Estate

4. Roberts Corporation daily tracking and daily job reports

5. Roberts Corporation's Notes of Appointments and Phonecalls

6. Roberts Corporation's DEP Application "Notification Prior to Construction or Demolition"

7. Roberts Corporation's Landfill Receipts for Loads of Demolition Removed from 200 Union Street, Lynn, MA

8. Roberts Corporation's Documents Concerning Asbestos Removal from 200 Union Street, Lynn, MA

9. Roberts Corporation's Invoice, Accounting Records, and Receipt Payment Regarding Demolition of 200 Union Street, Lynn, MA

10. Deed of Purchase of Union Street Property by Georto, Inc.

11. Deed of Purchase of Union Street Property by Family Dollar

12. Deed of Purchase of Union Street Property by William Gateman

13. Documents concerning Insurance Proceeds Received by William Gateman for Union Street Property

14. Bank Records of William Gateman concerning Union Street Property

15. Documents regarding property taxes owned by Gateman

16. Demonstrative Exhibits

The Third Party Defendant Roberts Corporation reserves the right to offer any documents listed by the plaintiff Georto, Inc. or Defendant William Gateman in their respective disclosures or to supplement this disclosure in order to rebut any documents listed by them.

    Third Party Defendant,
    Roberts Corporation,
    By its attorney,

    /s/ J. Mark Dickison_____
    J. Mark Dickison (BBO#629170)
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210
    (617) 439-4990

## CERTIFICATE OF SERVICE

    I, J. Mark Dickison, hereby certify that this document filed through the ECP system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 18, 2006.

                                                   ____/s/ J. Mark Dickison_____
                                                   J. Mark Dickison (BBO No.629170)