## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>GEORTO, INC.,                                                    )<br>         Plaintiff,                                                    )<br>                                                                           )<br>    v.                                                                 )<br>                                                                           )<br>WILLIAM GATEMAN, INDIVIDUALLY )<br>and as TRUSTEE OF 200 UNION              )<br>STREET REALTY TRUST                           )<br>                                                                           )<br>         Defendant,                                                )<br>         Third Party Plaintiff, and                         )<br>         Third Party Defendant-in-                       )<br>         Counterclaim                                             )<br>                                                                           )<br>ROBERTS CORPORATION                          )<br>                                                                           )<br>         Third Party Defendant,                              )<br>         and Third Party Plaintiff-in-                   )<br>         Counterclaim                                             )<br>_____ ) | CIVIL ACTION NO. 04-11730 NG |

### **DEFENDANT WILLIAM GATEMAN'S PRE-TRIAL DISCLOSURES**

Defendant, William Gateman ("Gateman") submits the following Pre-trial Disclosures:

**I.    WITNESSES**

A.   Defendant Gateman expects to present the following witnesses at trial:

1.   William Gateman
     93 Atlantic Avenue
     Swampscott, MA

2.   John Ferreira
     J&J Materials Corporation

|   |   |
|---|---|
|   | 71 Fall River Avenue<br>Rehoboth, MA 02761 |
| 3. | Robert B. Stalker, Jr.<br>Roberts Corporation<br>4 Bridle Ridge Road<br>Hudson, NH 03051 |
| 4. | James Hawkins<br>Georto, Inc.<br>2980 McFarlane Road, Suite 202<br>Miami, FL 33133 |
| 5. | Kevin Doherty<br>Roberts Corporation<br>4 Bridle Ridge Road<br>Hudson, NH 03051 |
| 6. | Scott Wetherbee<br>Scott Wetherbee Contracting<br>3 Robin Road<br>North Reading, MA 01864 |
| 7. | Paul Yasi, Esq.<br>Yasi & Yasi, P.C.<br>Two Salem Green<br>Salem, MA 01970 |
| B. | Defendant Gateman may present the following additional witnesses at trial: |
| 8. | Envirotest Laboratory<br>Employee: Richard Charpentier<br>307 Pond Street<br>Westwood, MA 02090 |
| 9. | Parrish C. Smolcha / Carla A. Wesley / Heather A. Boyd<br>Goldman Environmental Consultants, Inc.<br>60 Brooks Drive<br>Braintree, MA 02184 |
| 10. | Sam Cohen<br>Envirotest Laboratory, Inc.<br>307 Pond Street<br>Westwood MA 02090 |

Defendant Gateman reserves the right to present any witnesses listed by the Plaintiff Georto, Inc. or Third Party Defendant Roberts Corporation in their respective disclosures or to supplement this disclosure in order to rebut any disclosures listed by them.

## II. WITNESSES TO BE PRESENTED BY DEPOSITION

Defendant Gateman does not expect to present any witnesses by means of a deposition at this time. However, Gateman understands that other parties, including the Plaintiff, Georto, Inc. may do so, and therefore Gateman reserves the right to designate portions of any transcript offered by other parties or to supplement this disclosure in order to rebut any designations listed by them.

## III. EXHIBITS

A. Defendant Gateman expects to present the following exhibits at trial:

1. Contract for Purchase and Sale of Real Estate dated June 18, 2003 between Gateman and Georto

2. Contract between Roberts Corporation and Gateman

3. Family Dollar Contract for Purchase and Sale of Real Estate

4. Site Plans and Maps, including deposition exhibits

5. Photos of property, including deposition exhibits, report photos

6. GEC Phase I Environmental Site Assessment

7. GEC Reliance Letter to James Hawkins dated December 11, 2003

8. GEC Report dated February 2, 2004

9. Roberts Corporation's Invoices, Accounting Records, and Receipt Payment regarding demolition of 200 Union Street, Lynn, MA

10. Deed of Purchase of Union Street Property by Georton, Inc.

      11.     Deed of Purchase of Union Street Property by Family Dollar

      12.     Deed of Purchase of Union Street Property by William Gateman

      13.     Stipulated facts and Demonstratives

Gateman reserves the right to supplement this disclosure and to disclose further documents and exhibits or to supplement the disclosures set forth herein, including but not limited to rebuttal disclosures.

        Respectfully submitted,
William Gateman,
Individually and as Trustee
By his Attorney,

_____
Mark P. McGrath, BBO #642913
9 West Broadway  #214
Boston, MA  02127
(617) 271-9009
mpgrath@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document was this day served upon all counsel of record by electronic filing.

SIGNED under the pains and penalties of perjury.

Dated: July 31, 2006                    _____
                                        Mark P. McGrath