UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC. | ) | |
|     Plaintiff, | ) | |
| | ) | C.A. No. 04-11730NG |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, Individually, | ) | |
| and as Trustee of 200 UNION STREET | ) | |
| REALTY TRUST | ) | |
|     Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERTS CORPORATION, | ) | |
|     Third Party Defendant. | ) | |

## NOTICE OF APPEARANCE

The undersigned hereby enters their appearance as counsel for Defendant/Third Party Plaintiff, William Gateman, Individually, and as Trustee of 200 Union Street Realty Trust.

By their attorneys,

August 1, 2006

/s/   Francis J. DiMento
Francis J. DiMento
BBO #125000
Carolyn M. Conway
BBO #097160
DiMENTO & SULLIVAN
Seven Faneuil Marketplace
Boston, MA 02109
(617) 523-2345