### List of Potential Witnesses to be Read to Proposed Jurors

Jack Anetakis, Esq.
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
(617) 422-0200

Eric M. Axelrod, LSP
Ransom Environmental Consultants, Inc.
1445 Wampanoag Trail, Suite 108A
East Providence, RI 02915

Francis A. Calnan (and/or other inspectors who inspected property)
Building Commissioner
City of Lynn
Building Department
3 City Hall Square
Lynn, MA 01901

Joe Capone
80 Border Street
E. Boston, MA
617 569-3600

Richard Charpentier
Envirotest Laboratory
307 Pond Street
Westwood, MA 02090
(781) 278-0080

Sam Cohen
Envirotest Laboratory, Inc.
307 Pond Street
Westwood MA
781-278-0080

Clayton Collins
704-814-3648

Kevin Doherty
Roberts Corporation / Roberts Dismantling & Recycling Corp.
4 Bridle Ridge Road
Hudson, NH 03051
(603) 880-0122

James Doucett
Deputy Director of the Business Compliance Division in the Bureau of Waste Prevention
Massachusetts Department of Environmental Protection
1 Winter Street, 2nd Floor
Boston, MA  02108

Joe Dowling
Asbestos Program
Massachusetts Department of Environmental Protection
One Winter Street
Boston, MA 02112

John Ferreira
J&J Materials Corporation
71 Fall River Avenue
Rehoboth, MA 02761

Jackson Gateman
3 Tip Top Lane
Swampscott, Massachusetts

William Gateman
93 Atlantic Avenue
Swampscott, Massachusetts

Steven R. Grant, P.E.
SRG Engineering Inc.
P.O. Box 925
Bray, ME  04039

Carl Griffen /Allen Green / Scott Hungate
Family Dollar Stores of Massachusetts, Inc.

James Hawkins
Georto, Inc.
2980 McFarlane Road, Suite 202
Miami, FL  33133

Charles Jensch, Esq.
Krass Monroe, P.A.
8000 Norman Center Drive, Suite 1000
Minneapolis, Minnesota  55437

Keeper of Records
Coastal Recycling
23 Green Hill Road

Johnston, RI 02919
(401) 944-4276

Keeper of Records
Lynn Fire Department
725 Western Avenue
Lynn, MA 01905
(781) 593-1234

Keeper of Records
Prolerized New England
Rover Street
Everett, Massachusetts
617-389-8300

Keeper of Records
Red Baron Trucking, Inc.
6 Archer Street
Swampscott, MA 01907

Keeper of the Records
Roberts Corporation / Roberts Dismantling & Recycling Corp.
4 Bridle Ridge Road
Hudson, NH  03051
(603) 880-0122

Keeper of Records
Testa Corp.
50 Salem Street
Lynnfield, MA 01940
(781) 245-3555

Keeper of Records
Waste Management of NH, Inc.
90 Rochester Neck Road
Rochester, NH
(603) 330-2134

Dave Kraft, Vice President
KeyBank
1 Canal Plaza, 4th Floor
Portland, ME  04101
(207) 874-7175

George Laplume
PM Construction Co., Inc.

P.O. Box 728
Saco, Maine  04072

James J. Marotta, MAI / Kristina J. Duran
Marotta Valuation Advisors, Inc.
47A River Street,  Suite 200A
Wellesley, MA  02481

Thomas Mattuchio / Giovanni Rossi
Thomas Mattuchio Construction, Inc.
P.O. Box 1166
Everett, MA  02149
(617) 389-1953

Steven McIntyre
PM Construction Co., Inc.
P.O. Box 728
Saco, Maine  04072

Lauren McKinlay
Goldman Environmental Consultants, Inc.
60 Brooks Drive
Braintree, MA  02184
(781) 356-9140

James McQuade
Construction & Demolition Debris Subcommittee of the Solid Waste Advisory Committee
Massachusetts Department of Environmental Protection
1 Winter Street, 2nd Floor
Boston, MA  02108

Chad B. Michaud, P.E.
Geotechnical Engineer
S.W. Cole Engineering, Inc.
350 Rte. 108, Suite 208
Somersworth, NH  03878
(603) 692-0088

Kevin Moran
SCS Environmental Services

Phillip Dennis Morin
PM Construction Co., Inc.
413 Stuart Road
Eaton, NH 03832

William Nason
PM Construction Co., Inc.
P.O. Box 728
Saco, Maine  04072

Jay Nixon
Nixon Site & Demolition
792 Londonderry Turnpike
Auburn, NH 03032
(603) 647-8305

Kent Parks
Formerly with:  Aaron Rents
309 East Paces Ferry Road, N.E.
Atlanta, GA 30305
(404) 237-4016

Richard Pearle
PM Construction Co., Inc.
P.O. Box 728
Saco, Maine  04072

Mark Phaneuf
Harding ESE, Inc.
107 Audobon Road
Suite 301
Wakefield, MA  01880


Roberts Corporation employees/laborers/operators/drivers (Steve, Libb, Ray, Silvester, Willy, etc.)  on site
Roberts Corporation / Roberts Dismantling & Recycling Corp.
4 Bridle Ridge Road
Hudson, NH  03051
(603) 880-0122

Mark Sengelmann
Port City Design
43 Deering Street
Portland, ME 04101
(207) 761-9500

Parrish C. Smolcha   / Carla A. Wesley / Heather A. Boyd
Goldman Environmental Consultants, Inc.
60 Brooks Drive

Braintree, MA  02184
(781) 356-9140

Robert B. Stalker, Jr.
Roberts Corporation / Roberts Dismantling & Recycling Corp.
4 Bridle Ridge Road
Hudson, NH  03051
(603) 880-0122

Scott Wetherbee
Scott Wetherbee Contracting
3 Robin Road
North Reading, MA  01864
(781) 389-1621

Gregory C. Wirsen, MSc.
Green Seal Environmental
28 Route 6A
Sandwich, Massachusetts

Paul Yasi, Esq.
Two Salem Green
Salem, MA  01970
(978) 741-0400