UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM GATEMAN, INDIVIDUALLY )<br>and as TRUSTEE OF 200 UNION )<br>STREET REALTY TRUST, )<br>        Defendant and )<br>        Third Party Plaintiff, )<br>)<br>v. )<br>)<br>ROBERTS CORPORATION, )<br>        Third Party )<br>        Defendant. ) | CIVIL ACTION NO. 04-11730 NG |

**PLAINTIFF'S SECOND SUPPLEMENTAL PRETRIAL DISCLOSURE**

Plaintiff Georto, Inc. ("Georto"), pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 16.5(C), hereby submits confirmation of its second supplemental disclosure provided to counsel for all parties on August 12 and 14, 2006 pursuant to which:

1. Georto disclosed its receipt on August 11, 2006 of documents (hard copies) and photos (on a CD) produced by the engineering firm (MACTEC, formerly known as Harding Engineering) at the direction and authorization of Family Dollar (in connection with the deposition subpoena issued to Family Dollar on September 20, 2005) and in response to the trial subpoena issued to the Keeper of the Records of MACTEC (as requested by MACTEC's in-house counsel);

2. Georto delivered copies of the documents and CD to counsel for all parties by hand delivery on August 14, 2006; and

3. Georto disclosed that it intended to include the photos (which were taken of the site during the time period from April through June 2002) in the collection of

>photos to be marked as Trial Exhibit 3 (photographs of property, including selected deposition exhibits, photos in reports, photos produced by Family Dollar).

Georto further states that it intends to introduce as exhibits two site plan schematics contained in the MACTEC documents and to include such schematics in Trial Exhibit No. 2 (selected site plans/schematics/maps).

        GEORTO, INC.,
        By its attorney,

        /s/ Dale Kerester
        Dale C. Kerester, BBO#548385
        LYNCH, BREWER, HOFFMAN & FINK, LLP
        101 Federal Street, 22nd Floor
        Boston, MA  02110-1800
        (617) 951-0800
        dkerester@lynchbrewer.com

Dated:  August 16, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Dale Kerester
Dale Kerester