UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, INDIVIDUALLY | ) | CIVIL ACTION NO. 04-11730 NG |
| and as TRUSTEE OF 200 UNION | ) | |
| STREET REALTY TRUST, | ) | |
| Defendant and | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTS CORPORATION, | ) | |
| Third Party | ) | |
| Defendant. | ) | |

### THIRD PARTY DEFENDANT'S SUPPLEMENTAL PRETRIAL DISCLOSURE

Third-Party Defendant, Roberts Corporation ("Roberts"), pursuant to Fed. R. Civ. P. 26(a)(3)

and Local Rule 16.5(C) discloses that it intends to present the testimony of Kevin Doherty at trial

through the following excerpts of his deposition taken on September 30, 2005 in the event that the Court

finds (under Fed. R. Civ. P. 32(a)(3)) that Mr. Doherty is unable to attend and testify at trial:

Page 8, Lines 3-8

Page 8, Lines 15-21

Page 9, Lines 13-24, Page 10, Lines 1-10

Page 11, Lines 3-24; Page 12, Lines 1-8.

Page 20, Lines 4-11

Page 21, Lines 13-24; Page 22, Lines 1-6

Page 22, Lines 20-24; Page 23, Lines 1-6

Page 24, Lines 8-19

Page 26, Lines 2-16

Page 33, Lines 20-24; Page 34, Lines 1-16.

Page 36, Lines 18-22

Page 37, Lines 8-24

Page 38, Lines 1-19

Page 38, Lines 20-24, Page 39, Lines 1-7

Page 41, Lines 8-15

Page 43, Lines 9-17

Page 49, Line 24; Page 50, Lines 1-9

Page 80, Lines 1-24

Page 83, Lines 3-24; Page 83, Lines 2-8

Page 84, Lines 4-24; Page 85, Lines 1-24

Page 86, Lines 10-24

Page 87, Lines 1-7

Page 88, Lines 2-24

Page 92, Lines 21-24; Page 93, Lines 1-13

Page 94, Lines 9-14

Page 95, Lines 2-13

Page 97, Lines 12-23

Page 104, Lines 11-13

Page 105, Lines 2-24; Page 106, Lines 1-24; Page 107, Lines 1-24; Page 108; Lines 1-14

Page 109, Lines 19-24

Page 110, Lines 1-4

Page 110, Lines 9-24; Page 111, Lines 1-15

Page 117, Lines 8-24; Page 118, Lines 1-8

Page 117, Lines 20-23

Page 122, Lines 8-22

Page 132, Lines 20-24

Page 133, Lines 1-5

Page 136, Lines 5-23

Page 152, Lines 16-21

Page 152, Line 24; Page 153, Lines 1-8

Third-Party Defendant,
Roberts Corporation
By its attorney


      /s/ J. Mark Dickison
J. Mark Dickison, BBO #629170
LAWSON & WEITZEN, LLP.
88 Black Falcon Ave, Suite 345
Boston, MA 02110
(617) 439-4990


Dated:  August 17, 2006

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

_                                                    _ /s/ J. Mark Dickison_____

                                                    J. Mark Dickison