## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., <br>     Plaintiff, <br><br> v. <br><br> WILLIAM GATEMAN, INDIVIDUALLY and as TRUSTEE OF 200 UNION STREET REALTY TRUST <br><br>     Defendant, <br>     Third Party Plaintiff, and <br>     Third Party Defendant-in-Counterclaim <br><br> ROBERTS CORPORATION <br><br>     Third Party Defendant, <br>     and Third Party Plaintiff-in-Counterclaim | CIVIL ACTION NO. 04-11730 NG |

### DEFENDANT WILLIAM GATEMAN'S SUPPLEMENTAL PRE-TRIAL DISCLOSURE

Defendant, William Gateman ("Gateman"), pursuant to Fed.R.Civ.P. 26(a)(3) and Local Rule 16.5(C) that it intends to present the testimony of Kevin Doherty at trial through the following excerpts of his deposition taken on September 30, 2005 in the event that the Court finds (under Fed.R.Civ.P. 32(a)(3)) that Mr. Doherty is unable to attend and testify at trial:

    Page 8, Lines 3-8; Lines 15-21

    Page 9, Lines 13-24

    Page 10, Lines 1-10

Page 11, Lines 3-24

Page 12, Lines 1-8

Page 18, Lines 12-24

Pages 19-167, Lines 1-24.

          Respectfully submitted,
          William Gateman,
         Individually and as Trustee
         By his Attorney,

_____
Mark P. McGrath, BBO #642913
9 West Broadway  #214
Boston, MA  02127
(617) 271-9009
mpgrath@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document was this day served upon all counsel of record by electronic filing.

SIGNED under the pains and penalties of perjury.

Dated: August 18, 2006                                   _____
                                                        Mark P. McGrath