**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Georto, Inc.
       Plaintiff(s)

V.

William Gateman, et al.
       Defendant(s)

CIVIL ACTION
NO. __04-11730-NG__

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE __Gertner__

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On __8/22/2006__ I held the following ADR proceeding:

|   |   |   |   |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except _____].
The case was:

[ ]   Settled. Your clerk should enter a ___ day order of dismissal.

[X]   There was progress. A further conference has NOT been scheduled.

[X]   This case should be restored to your trial list.

[X]   Suggested strategy to facilitate settlement: USMJ Bowler is available for further mediation up to the last day before trial.

| 8/22/2006 | Marianne B. Bowler, USMJ |
|---|---|
| DATE | ADR Provider |

(ADR Report (Georto).wpd - 4/12/2000)                      [adrrpt.]