UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ | CIVIL ACTION NO. 04-11730 NG |
| GEORTO, INC., ) | |
|     Plaintiff, ) | |
| v. ) | |
| WILLIAM GATEMAN, INDIVIDUALLY ) | |
| and as TRUSTEE OF 200 UNION ) | |
| STREET REALTY TRUST ) | |
|     Defendant, ) | |
|     Third Party Plaintiff, and ) | |
|     Third Party Defendant-in- ) | |
|     Counterclaim ) | |
| ROBERTS CORPORATION ) | |
|     Third Party Defendant, ) | |
|     and Third Party Plaintiff-in- ) | |
|     Counterclaim ) | |
| _____) | |

**STIPULATIONS AS TO
WITHDRAWAL OF DEMANDS FOR TRIAL BY JURY,
WAIVER OF RIGHTS TO JURY TRIAL, and
CONSENT TO TRIAL BY THE COURT SITTING WITHOUT A JURY**

Plaintiff Georto, Inc., Defendant and Third Party Plaintiff and Third Party Defendant-in-Counterclaim William Gateman, individually and as trustee of the 200 Union Street Realty Trust, and Third Party Defendant and Third Party Plaintiff-in-Counterclaim Roberts Corporation, by their counsel, hereby stipulate, agree, and consent, as follows:

1. William Gateman, individually and as trustee of the 200 Union Street Realty Trust, and Roberts Corporation each hereby withdraws all demands for trial by jury in this action;

2. Georto, Inc., William Gateman, individually and as trustee of the 200 Union Street Realty Trust, and Roberts Corporation, pursuant to Fed. R. Civ. P. 38(d), hereby consent to the withdrawal of all demands for trial by jury in this action;

3. Georto, Inc., William Gateman, individually and as trustee of the 200 Union Street Realty Trust, and Roberts Corporation hereby waive any and all rights to trial by jury in this action; and

4. Georto, Inc., William Gateman, individually and as trustee of the 200 Union Street Realty Trust, and Roberts Corporation, pursuant to Fed. R. Civ. P. 39(a), hereby stipulate and consent to the trial of all issues in this action by the Court sitting without a jury.

**GEORTO, INC.**
By its attorney

/s/ Dale Kerester
Dale Kerester, Esq., BBO # 548385
Lynch, Brewer, Hoffman & Fink LLP
101 Federal Street
22nd Floor
Boston, MA 02110
617-951-0800
dkerester@lynchbrewer.com

**WILLIAM GATEMAN,
INDIVIDUALLY AND AS TRUSTEE
OF THE 200 UNION STREET REALTY TRUST**
By his attorney

_____
/s/ Mark P. McGrath
Mark P. McGrath, Esq., BBO #642913
9 West Broadway  #214
Boston, MA  02127
(617) 271-9009
mpgrath@aol.com


Carolyn Conway
Dimento & Sullivan
7 Faneuil Hall Marketplace
Boston, MA 02109


**ROBERTS CORPORATION**
By its attorney

_____
J. Mark Dickison
J. Mark Dickison, Esq., BBO# 629170
Dean Hutchison, BBO #658891
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02110

Dated: August 30, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

_____
/s/ Mark P. McGrath