GEORTO, INC. v. WILLIAM GATEMAN v. ROBERTS CORPORATION, U.S. DIST. COURT, MASS., CIVIL ACTION NO: CV-04-11730-NG

## FINAL JOINT EXHIBIT LIST

| Trial Exhibit Number | Description | Exhibit Date | Bates No. Range | Sponsoring Party | Objection By | Date Admitted |
|---|---|---|---|---|---|---|
| | **Agreed Exhibits Admitted As Evidence At Trial** | | | | | |
| 1 | Stipulated facts | | | JOINT | | 9/11/2006 |
| 2 | Selected Site Plans / Schematics / Maps, including but not limited to selected deposition exhibits | | | GEO-1A / GAT-4 | | " " |
| | 2A: Existing Conditions Plan, prepared by Eastern Land Survey Associates | | | | | " " |
| | 2B: Proposed Conditions Plan, prepared by Eastern Land Survey Associates | | | | | " " |
| | 2C: Site Plan, with handwritten notations | | | | | " " |
| | 2D: Sanborn Map, as appearing in GEC Phase I Report (Figures) | | | | | " " |
| | 2E: Harding Lawson Associates Site Sketch as seen on April 19, 2002 | | | | | " " |
| | 2F: Harding Lawson Associates Site Sketch as seen on May 23, 2002 | | | | | " " |
| 3 | Photographs of property, including selected deposition exhibits, photos in reports, photos produced by Family Dollar | | | GEO-1B / GAT-5 | | " " |
| | 3A 1-3: Photographs of building after fire, produced by Family Dollar | | | | | " " |
| | 3B: Photographs taken by Lauren McKinlay of Goldman Environmental on May 2, 2002 (also contained in GEC Phase 1 Report Appendix C) | | | | | " " |

| | | | | |
|---|---|---|---|---|
| | 3C 1-172: Photographs taken by Harding Lawson Associates April 18, 2002 -- June 6, 2002 | | | " " |
| | 3D 1-3: Photographs taken on January 16, 2003 | | | " " |
| | 3E 1-4: Photographs taken summer 2003 | | | " " |
| | 3F 1-6: Photographs, produced by Family Dollar | | | " " |
| | 3G 1-5: Photographs taken by James Hawkins April 2004 | | | " " |
| | 3H 1-31: Photographs taken by Stephen McIntyre April 2004 | | | " " |
| | 3I 1-5: Photographs taken by William Gateman | | | " " |
| 4 | Declaration of Trust Establishing 200 Union Street Realty Trust | 12/18/1996 | | GEO-1G |
| 5 | Deed of Purchase of Union Street Property by William Gateman | 12/18/1996 | | GAT-12 / ROB-12 |
| 6 | Selected documents from City of Lynn Building Department file re property | | P0608 | GEO-2V |
| 7 | Demolition Permit dated October 9, 2001 | 10/9/2001 | | GEO-1L |
| 8 | Letter dated March 4, 2002 from Francis Calnan to William Gateman | 3/4/2002 | | GEO-1M |
| 9 | Roberts-Gateman contract dated March 12, 2002 | 3/12/2002 | ROB000069 | GEO-1N / GAT-2 / ROB-1 |
| 10 | Demolition Applications | 3/14/2002 | ROB000009 - ROB000012 | GEO-2A |
| 11 | ROB-9. Roberts Corporation's Invoice, Accounting Records, and Receipt Payment Regarding Demolition of 200 Union Street, Lynn, MA | 3/12/2002 - 7/1/2002 | ROB000070 - ROB000079; ROB000083 - ROB000088 | GEO-1O / ROB-9 / GAT-9 |
| 12 | Roberts Corporation Daily Tracking Reports | 3/14/2002 - 6/5/2002 | ROB000006 - ROB000008 | GEO-2E / ROB-4 |
| 13 | Roberts Corporation Daily Job Reports | 3/26/2002 - 4/12/2002 | ROB000039 - ROB000051 | GEO-2E / ROB-4 |

| | | | | |
|---|---|---|---|---|
| 14 | Roberts Corporation's Documents Concerning Asbestos Removal from 200 Union Street, Lynn, MA | 3/14/2002 - 5/9/2002 | ROB000036 - ROB000038; ROB000052 - ROB000067; ROB000080 - ROB000082 | ROB-8 | " " |
| 15 | Roberts Corporation's Landfill Receipts for Loads of Demolition Removed from 200 Union Street, Lynn, MA | 4/1/2002 - 4/12/2002 | ROB000017 - ROB000035 | ROB-7 | " " |
| 16 | Family Dollar Contract for Purchase and Sale of Real Estate | 4/26/2002 | | ROB-11 / GAT-11 | " " |
| 17 | Fax transmission from Gateman to Family Dollar dated May 7, 2002 | 5/7/2002 | | GEO-2C | " " |
| 18 | Deed of Purchase of Union Street Property by Family Dollar | | | GAT-11 / ROB-11 | " " |
| 19 | Contract for Purchase and Sale of Real Estate dated June 18, 2003 between Gateman and Georto | 6/18/2003 | | GEO-1C / GAT-3 / ROB-2 | " " |
| 20 | GEC Phase I Environmental Site Assessment | 5/29/2002 | | GEO-1H / GAT-3 | " " |
| 21 | Contract for Purchase and Sale of Real Estate dated April 26, 2002 between Gateman and Family Dollar, as faxed to Georto by Gateman's counsel on July 7, 2003 | 7/7/2003 | P0454 - P0472 | GEO-1K | " " |
| 22 | GEC Reliance Letter to James Hawkins dated December 11, 2003, with fax cover sheet | 12/11/2003 | P0680 | GEO-1i / GAT-7 | " " |
| 23 | GEC Report dated February 2, 2004 | 2/2/2004 | P0691 - P0716 | GEC-2J / GAT-8 | " " |
| 24 | AIA Contract PM-Georto | 2/3/2004 | P0327 - P0343 | GEO-2N | " " |
| 25 | Fax from PM Construction to Paul Yasi dated February 6, 2004 | 2/6/2004 | | GEO-2K | " " |
| 26 | Trustee's Certificate dated February 9, 2004 | 2/9/2004 | | GEO-1E | " " |
| 27 | Indemnification Agreement dated February 9, 2004 | 2/9/2004 | | GEO1-F | " " |

| | | | | | |
|---|---|---|---|---|---|
| 28 | GEC Reliance Letter to KeyBank in care of James Hawkins dated February 11, 2004 | 2/11/2004 | P0741 - P0752 | GEC-1J | " " |
| 29 | KeyBank loan closing documents | 2/19/2004 | P1466 - P1595 | GEO-2M | " " |
| 30 | Quitclaim Deed of Purchase of Union Street Property by Georto, Inc. recorded February 20, 2004 | 2/20/2004 | | GEO-1D / GAT-10 / ROB-10 | " " |
| 31 | Demand letter to Gateman from D. Kerester dated April 26, 2004 | 4/26/2004 | P0986 - P0987 | GEO-1R | " " |
| 32 | Proposals submitted to PM Construction for Removal of Debris | 5/1/2004 | | GEO2Q | " " |
| 33 | Letter dated May 6, 2004 from PM to James Hawkins and enclosures | 5/6/2004 | | GEO-2R | " " |
| 34 | Communications from PM to Georto regarding change order for removal of demolition debris | 6/21/2004; 6/7/2004 | P0049 - P0061; P0021 - P0029 | GEO-2S | " " |
| 35 | Change Order / work authorization for removal of demolition debris | | | GEO-1P | " " |
| 36 | Georto check to PM Construction for removal of debris per change order | 7/10/2004 | P0048 | GEO-1Q | " " |
| 37 | Selected PM Construction documents (costs, application for payment, payments, subcontractor change orders, subcontractor invoices, etc.) | | | GEO-2T | " " |
| 38 | Letter from Jack Anetakis to Gateman dated September 13, 2004 | 9/13/2004 | | GEO-1T | " " |
| 39 | S.W. Cole Geotechnical Engineering Evaluation dated May 13, 2004 | 5/13/2004 | P0876 - P0892 | GEO-1S | " " |
| 40 | Supplemental S.W. Cole report dated December 20, 2005 | 12/20/2005 | | GEO-1S | " " |
| 41 | Solid Waste Report of Gregory C. Wirsen, MSc, dated December 28, 2005 | 12/28/2005 | | GEO-1S | " " |
| 42 | *ROB-13. Documents concerning Insurance Proceeds Received by William Gateman for Union Street Property [Intentionally Left Blank]* | | | *ROB-13* | " " |
| 43 | Documents regarding property taxes owed by Gateman | 8/26/2004 | P09893 - P0899 | GEO-1U / ROB-15 | GAT (withdrawn) |

| | | | | |
|---|---|---|---|---|
| 44 | Thomas Mattuchio invoices and corresponding trucking/disposal slips, summaries, etc. | P0161 - P0293; P0030 - P0047 | GEO-2U | 9/12/2006 |
| 45 | CD of photos represented in Exhibit 3B [Photographs taken by Lauren McKinlay of Goldman Environmental on May 2, 2002 (also contained in GEC Phase 1 Report Appendix C)] | | JOINT | 9/20/2006 |
| 46 | CD of photos represented in Exhibit 3C [Photographs taken by Harding Lawson Associates April 18, 2002 -- June 6, 2002] | | JOINT | " " |
| 47 | CD of photos represented in Exhibit 3D [Photographs taken on January 16, 2003] | | JOINT | " " |
| 48 | CD of photos represented in Exhibit 3E [Photographs taken summer 2003] | | JOINT | " " |
| 49 | CD of photos represented in Exhibit 3G [Photographs taken by James Hawkins April 2004] | | JOINT | " " |
| 50 | CD of certain photos represented in Exhibit 3H [Photographs taken by Stephen McIntyre April 2004] | | JOINT | " " |
| 51 | CD of photos taken by Chad B. Michaud P.E. on May 7, 2002 as found in Appendix A to Exhibit 39, SW Cole Report] | | JOINT | " " |
| 52 | Deposition Transcript of Kevin J. Doherty dated September 30, 2005, marked with designations of testimony for introduction, and objections | | JOINT | 9/25/2006 |
| 53 | CD of Deposition Transcript of Kevin J. Doherty represented in Exhibit 52 | | JOINT | " " |