# LYNCH, BREWER, HOFFMAN & FINK, LLP
### ATTORNEYS AT LAW

OWEN B. LYNCH
EDWARD S. BREWER, JR.◊
ALAN R. HOFFMAN
PETER W. FINK*
J. ALLEN HOLLAND, JR.
ELIZABETH A. ZELDIN†
JOHN P. DENNIS△
STEVEN L. SCHRECKINGER
TAMARA S. WOLFSON
PATRICK J. KINNEY, JR.
PHYLLIS ZELERMYER WALD
ANNE HOFFMAN
DALE C. KERESTER
JENNIFER C. PLATT
CHRISTINE B. WHITMAN•*
KAREN TOSH~^
THOMAS J. CLEMENS
KARIN I. MCEWEN†*
HARVEY NOSOWITZ
ANNE ROBBINS
JANE M. GUEVREMONT
SONIA J. KWON*

101 FEDERAL STREET, 22ND FLOOR
BOSTON, MASSACHUSETTS 02110-1800

TELEPHONE (617) 951-0800
FAX (617) 951-0811
http://www.lynchbrewer.com

^ALSO ADMITTED IN AL
*ALSO ADMITTED IN CT
*ALSO ADMITTED IN FL
~ALSO ADMITTED IN KY
△ALSO ADMITTED IN ME
◊ALSO ADMITTED IN NH
•ALSO ADMITTED IN NJ
†ALSO ADMITTED IN NY
+ALSO ADMITTED IN SC

FILED
IN CLERKS OFFICE
2006 OCT 30 P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

October 30, 2006

**BY HAND**

Clerk for Civil Business
United States District Court
One Courthouse Way, Suite 2300
Boston, Massachusetts 02110

ATTN: Maryellen Malloy, Clerk

Re: **Georto, Inc. v. William Gateman, Individually and as Trustee of 200 Union Street Realty Trust**

Dear Maryellen:

Enclosed please find a CD containing courtesy electronic copies (WordPerfect format) of the following documents previously filed by Georto:

1. Plaintiff's Requests for Findings of Fact (Document 91-1, filed on October 16, 2006);
2. Plaintiff Georto, Inc.'s Requests for Rulings of Law With Supporting Authorities (Document 92, filed October 16, 2006); and
3. Plaintiff Georto, Inc.'s Responses to the Proposed Findings of Fact and Rulings of Law Submitted by William Gateman and by Roberts Corporation (Document 95-1, filed October 23, 2006).

I have also enclosed courtesy hard (color) and electronic (on the second CD) copies of the PowerPoint presentation as referenced in my closing argument on Friday, October 27. In accordance with Judge Gertner's request, I provided Ms. Conway and Mr. Dickison with electronic copies of the PowerPoint presentation at the conclusion of the closing arguments on Friday.

Clerk for Civil Business
United States District Court
Page 2
October 30, 2006

Thank you for your attention to this matter.

Very truly yours,

Dale C. Kerester

DCK/rmr/247790_1
Enclosures

cc: Carolyn Conway, Esq. (via hand delivery, with enclosures)
Mark Dickison, Esq. (via hand delivery, with enclosures)