UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
GEORTO, INC.,                    )
     Plaintiff,                  )
                                 )
     v.                          ) Civ. Action No. 04cv11730-NG
                                 )
WILLIAM GATEMAN,                 )
     Defendant,                  )
     Third Party Plaintiff,      )
                                 )
     v.                          )
                                 )
ROBERTS, INC.,                   )
     Third Party Defendant.      )
```
GERTNER, D.J.:

## ORDER
July 3, 2007

For the reasons set forth in the accompanying Memorandum and Order, **JUDGMENT** is hereby entered in **favor of plaintiff Georto, Inc. and against William Gateman** -- individually and as Trustee of the 200 Union Street Trust -- on all counts. Accordingly, I award Georto, Inc. damages in the amounts of $249,171.00 for removal of debris and replacement with fill and $1,190.00 for payment of real estate taxes for a total of **TWO HUNDRED FIFTY THOUSAND, THREE HUNDRED SIXTY-ONE AND 00/100 ($250,361.00) DOLLARS, plus** prejudgment interest at the statutory rate of 12% per year from the date of breach,[1] and reasonable attorneys fees and costs under M.G.L. ch. 93A. Plaintiff will file submissions

---

[1] June 18, 2003, with respect to the breach of warranty in the Purchase and Sale Agreement; September 23, 2004, with respect to the breach of the tax indemnification agreement.

regarding attorneys fees by **August 3, 2007**, with any response due by **August 17, 2007**, together with a final form of the Judgment.

**SO ORDERED.**

**Date:   July 3, 2007**                    */s/Nancy Gertner*
                                            **NANCY GERTNER, U.S.D.C.**