UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM GATEMAN, | ) |
|     Defendant, Third Party Plaintiff | )   Civil Action No. 04-11730-NG |
| | ) |
| v. | ) |
| | ) |
| ROBERTS, INC. | ) |
|     Third Party Defendant | ) |

DEFENDANT, THIRD PARTY PLAINTIFF'S NOTICE OF APPEAL

To the Clerk of the Court:

    Notice is hereby given that William Gateman, Defendant, Third Party Plaintiff hereby appeals to the United States District Court for the First Circuit from the judgment entered herein by the District Court on July 3, 2007.

    By his attorneys,

    DiMENTO & SULLIVAN

    /s/ Carolyn M. Conway
    BBO# 097160
    7 Faneuil Marketplace, Third Floor
    Boston, Massachusetts 02109
    (617) 523-2345

1