**LAWSON & WEITZEN, LLP**
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

March 11, 2005

Bill Number  26590
File Number 31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru February 28, 2005

| | | | | |
|---|---|---|---|---|
| 12/08/04 | CBB | Review client documents and complaint; meeting with George F. Hailer and J. Mark Dickison regarding same | 1.50 Hrs | $217.50 |
| 12/09/04 | CBB | Draft answer and complaint | 2.70 Hrs | $391.50 |
| 12/12/04 | GFH | Review documents and meeting with Clare B. Burhoe; meeting with J. Mark Dickison; federal issues and case discussed | 1.80 Hrs | $522.00 |
| 12/15/04 | GFH | Telephone calls to client; status of review of draft answer and counterclaim; meeting with Clare B. Burhoe | 0.60 Hrs | $174.00 |
| 12/16/04 | GFH | Review draft answer and counterclaim | 2.00 Hrs | $580.00 |
| 12/19/04 | GFH | Meeting with J. Mark Dickison; telephone calls to client/BS; e-mail final draft to client/Lee; explanation of case | 1.50 Hrs | $435.00 |
| 12/20/04 | MW | Prepare and file answer and counterclaim | 0.50 Hrs | $87.50 |
| 12/21/04 | CBB | Meeting with J. Mark Dickison regarding filing amended answer | 0.30 Hrs | $43.50 |
| 12/28/04 | JMD | Conference with Clare B. Burhoe regarding amended complaint; edit amended complaint; attend to electronically filing amended complaint | 1.30 Hrs | $292.50 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

Re: Litigation

| 01/11/05 | GFH | Meeting with J. Mark Dickison; status and amended complaint reviewed | 0.80 Hrs | $232.00 |
| 01/12/05 | GFH | (No Charge) Telephone call to client; status update | 0.30 Hrs | |
| 01/13/05 | GFH | Review third party counterclaim answer; brief meeting with J. Mark Dickison | 0.60 Hrs | $174.00 |
| 02/07/05 | GFH | Telephone calls from and to client; meeting with J. Mark Dickison; status update; review scheduling deadlines | 0.60 Hrs | $174.00 |
| 02/28/05 | GFH | Meeting with J. Mark Dickison; review case and issues of document request; telephone calls to client; review file and schedule | 2.00 Hrs | $580.00 |

TOTAL LEGAL SERVICES     $3,903.50

**LEGAL SERVICES SUMMARY**

| GEORGE F. HAILER | 10.20 Hrs |
| BURHOE, CLARE | 4.50 Hrs |
| J. MARK DICKISON | 1.30 Hrs |
| Michael Williams | 0.50 Hrs |
| | 16.50 Hrs |

TOTAL THIS BILL     $3,903.50

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

May 20, 2005

Bill Number  28385
File Number 31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru April 30, 2005

| | | | | |
|---|---|---|---|---|
| 03/03/05 | GFH | Review litigation documents; brief meeting with J. Mark Dickison; meeting with client (NH); review case and additional documents discussed; case chronology memorialized | 3.50 Hrs | $1,015.00 |
| 03/04/05 | GFH | Review client statement; meeting with J. Mark Dickison; plaintiff reply discussed and counterclaims against Gateman reviewed | 1.00 Hrs | $290.00 |
| 03/18/05 | GFH | Receipt and review of deposition notice from Kerester; telephone call to J. Mark Dickison | 0.40 Hrs | $116.00 |
| 03/21/05 | GFH | Meeting with J. Mark Dickison; status update and options | 0.50 Hrs | $145.00 |
| 03/25/05 | GFH | Telephone call from and to client; status update; meeting with J. Mark Dickison; options | 1.00 Hrs | $290.00 |
| 04/01/05 | GFH | Review file; meeting with J. Mark Dickison; review client statement and documents; drafting of discovery documents discussed | 3.00 Hrs | $870.00 |
| 04/04/05 | JMD | Review documents; Prepare Rule 26 a 1 disclosure provided by plaintiff Georto, Inc. | 2.90 Hrs | $681.50 |
| 04/05/05 | JMD | Review documents and cause to be batesstamped; Prepare rule 26 (a) filing | 4.30 Hrs | $1,010.50 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990


Robert's Dismantling

Re: Litigation


| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/06/05 | JMD | Finalize automatic disclosures; Review proposed joint filing; Fax to client for review; Prepare rule 16 certification | 4.60 Hrs | $1,081.00 |
| 04/12/05 | JMD | Respond to email from opposing counsel | 0.30 Hrs | $70.50 |
| 04/13/05 | GFH | Meeting with J. Mark Dickison; issues of federal procedure and options | 0.60 Hrs | $174.00 |
| 04/13/05 | JMD | Conference with client; Email to opposing counsel regarding meeting; Finalize initial disclosure; Prepare cover letter | 0.70 Hrs | $164.50 |
| 04/14/05 | JMD | Attend conference with other counsel regarding pretrial issues; Edit and comment upon proposed joint filing statement; Prepare settlement demand letter; Review final joint statement | 1.20 Hrs | $282.00 |
| 04/16/05 | GFH | Review settlement letter; brief meeting with J. Mark Dickison; case discussed | 0.80 Hrs | $232.00 |
| 04/22/05 | JMD | Review draft confidentiality proposal | 0.60 Hrs | $141.00 |
| 04/24/05 | JMD | Revised draft confidentiality order | 0.75 Hrs | $176.25 |
| 04/25/05 | GFH | Scheduling conference preparation; meeting with J. Mark Dickison; documents cursory review; options discussed for dismissal | 2.00 Hrs | $580.00 |
| 04/25/05 | JMD | Travel to Court; Attend scheduling conference with judge; Conference with opposing counsel regarding parameters of protective order on confidentiality | 1.30 Hrs | $305.50 |
| 04/26/05 | JMD | Review court order and docket deadlines; Conference with George Hailer regarding strategy | 0.30 Hrs | $70.50 |
| 04/29/05 | GFH | Receipt of scheduling and brief meeting Attorney Dickison; | 0.40 Hrs | $116.00 |

TOTAL LEGAL SERVICES     $7,811.25

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

August 17, 2005

Bill Number  30799
File Number  31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru July 31, 2005

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/22/05 | GFH | E-mails and calls from and to client; Document status; Call to office. | 0.80 Hrs | $232.00 |
| 07/23/05 | GFH | Discovery documents reviewed; Call to Attorney Dickison. | 0.30 Hrs | $87.00 |
| 07/26/05 | GFH | Draft discovery request and calls to client; calls to Attorney Dickison. | 0.40 Hrs | $116.00 |
| 07/26/05 | JMD | Attend to discovery responses and scheduling | 0.40 Hrs | $94.00 |
| 07/27/05 | JMD | Prepare response to request for production of documents;  Prepare interrogatories to Gateman; Email to Lana regarding deposition scheduling | 2.20 Hrs | $517.00 |
| 07/28/05 | JMD | Conference with opposing counsel regarding scheduling of depositions; Prepare interrogatories to Gateman | 0.80 Hrs | $188.00 |
| 07/29/05 | JMD | Prepare response to request for production; Prepare letter to Bob Stalker for additional documents; Prepare interrogatories to Georto, Inc.; Prepare interrogatories to Gateman; Prepare requests for production from Georto; Prepare requests for production from Gateman | 6.80 Hrs | $1,598.00 |

TOTAL LEGAL SERVICES          $2,832.00

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990


Robert's Dismantling

Re: Litigation


**LEGAL SERVICES SUMMARY**

| | |
|---|---|
| GEORGE F. HAILER | 1.50 Hrs |
| J. MARK DICKISON | 10.20 Hrs |
| | 11.70 Hrs |

**DISBURSEMENTS**

Thru July 31, 2005

| | |
|---|---|
| OFFSITE COPIES | $278.30 |
| INTERNAL DUPLICATING | $20.00 |
| POSTAGE | $0.97 |
| PARKING | $7.00 |
| TELECOPIES | $55.00 |
| WESTLAW | $69.49 |
| TOTAL DISBURSEMENTS | $430.76 |
| TOTAL THIS BILL | $3,262.76 |

**LAWSON & WEITZEN, LLP**
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

October 25, 2005

Bill Number  32819
File Number  31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru September 30, 2005

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/05 | GFH | Review discovery requests; meeting with Attorney Dickison; calls to client; request discussed. | 1.60 Hrs | $464.00 |
| 08/02/05 | GFH | Calls to client/ L; issues of case discussed. (No Charge) | 0.30 Hrs | |
| 08/07/05 | GFH | Meeting Attorney Dickison; litigation strategy. | 0.60 Hrs | $174.00 |
| 08/25/05 | JMD | Review documents produced and answers of interrogatories of Gateman; Prepare for upcoming depositions | 3.10 Hrs | $728.50 |
| 08/29/05 | JMD | Prepare for deposition of William Gateman; Review and classify documents in preparation for deposition | 7.80 Hrs | $1,833.00 |
| 08/30/05 | JMD | Attend deposition of William Gateman; Conference with attorney's for Gateman and Georto; Prepare notes for file | 7.90 Hrs | $1,856.50 |
| 08/31/05 | ETL | strategy conference with M. Dickison regarding third party practice and summary judgment issues | 0.50 Hrs | $175.00 |
| 08/31/05 | JMD | Conference with Evan Lawson regarding strategy on motion to dismiss | 0.50 Hrs | $117.50 |
| 09/01/05 | JMD | Prepare status letter and communication regarding deposition to client | 0.70 Hrs | $164.50 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990


Robert's Dismantling

Re: Litigation


| 09/12/05 | JMD | Attend to upcoming deposition | 0.12 Hrs | $28.20 |
| 09/12/05 | KAE | Conference with J. Mark Dickison concerning status of case; file review in preparation for deposition | 2.00 Hrs | $450.00 |
| 09/13/05 | KAE | Conference with J. Mark Dickison concerning deposition; review of documents produced in case in order to prepare deposition | 2.50 Hrs | $562.50 |
| 09/14/05 | JMD | Conference with opposing counsel for Georto; Review answers to interrogatories | 0.60 Hrs | $141.00 |
| 09/14/05 | KAE | Review of interrogatory answers received from Gateman; preparation for deposition | 1.00 Hrs | $225.00 |
| 09/15/05 | KAE | Preparation for deposition; review of key documents in case for strategy; conference with J. Mark Dickison | 4.70 Hrs | $1,057.50 |
| 09/16/05 | KAE | Preparation for deposition | 0.50 Hrs | $112.50 |
| 09/20/05 | JMD | Conference with client regarding deposition availability | 0.30 Hrs | $70.50 |
| 09/21/05 | JMD | Attend to deposition of James Hawkins | 2.10 Hrs | $493.50 |
| 09/21/05 | KAE | Preparation for deposition of plaintiff | 0.50 Hrs | $112.50 |
| 09/22/05 | JMD | Attend deposition of James Hawkins; Conference with client and George re deposition schedule | 2.20 Hrs | $517.00 |
| 09/22/05 | KAE | Preparation for and attendance at deposition of J. Hawkins | 7.00 Hrs | $1,575.00 |
| 09/27/05 | JMD | Conference with Kristina regarding coverage of potential depositions and production of client at deposition | 0.40 Hrs | $94.00 |
| 09/28/05 | JMD | Attend to preparing for deposition of Robert Stalker and Doherty | 0.60 Hrs | $141.00 |
| 09/28/05 | KAE | Preparation for deposition; telephone conference with D. Kerester | 0.50 Hrs | $112.50 |
| 09/29/05 | KAE | Preparation for and attendance at deposition of Scott Wetherbee; legal research concerning solid waste regulations; preparation for deposition of R. Stalker and K. Doherty | 4.50 Hrs | $1,012.50 |
| 09/30/05 | JMD | Prepare Kevin Doherty and Robert Stalker for depositions | 0.80 Hrs | $188.00 |
| 09/30/05 | KAE | Preparation for and attendance at deposition of Robert Stalker and Kevin Doherty | 7.00 Hrs | $1,575.00 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

|  | TOTAL LEGAL SERVICES | $13,981.20 |
|---|---|---|

**LEGAL SERVICES SUMMARY**

| | |
|---|---|
| EVAN T. LAWSON | 0.50 Hrs |
| GEORGE F. HAILER | 2.50 Hrs |
| J. MARK DICKISON | 27.12 Hrs |
| Engberg,  Kristina A. | 30.20 Hrs |
| | 60.32 Hrs |

**DISBURSEMENTS**

Thru September 30, 2005

| | |
|---|---|
| INTERNAL DUPLICATING | $2.40 |
| POSTAGE | $3.97 |
| COURT REPORTER | $661.95 |
| TRANSCRIPTION | $736.30 |
| TOTAL DISBURSEMENTS | $1,404.62 |

|  | TOTAL THIS BILL | $15,385.82 |
|---|---|---|

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

December 12, 2005

Bill Number  34632
File Number  31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru November 30, 2005

| | | | | |
|---|---|---|---|---|
| 10/03/05 | GFH | Meeting Atty. Engberg; Depo results discussed; meeting Atty. Dickison;case status discussed. | 0.80 Hrs | $232.00 |
| 10/06/05 | GFH | Meeting Atty. Dickison;call to client;status update. | 0.60 Hrs | $174.00 |
| 10/17/05 | JMD | Travel to and attend status conference | 0.90 Hrs | $211.50 |
| 10/18/05 | KAE | Conference with M. Dickison concerning case status; review of deposition transcripts received | 0.50 Hrs | $112.50 |
| 10/19/05 | GFH | Review discovery requests;meeting Atty. Dickison;status update. | 0.08 Hrs | $23.20 |
| 10/24/05 | JMD | Review stipulation on discovery | 0.30 Hrs | $70.50 |
| 10/25/05 | GFH | Calls to client;meeting Atty. Dickison;Motion for SJ discussed;call to client. | 0.30 Hrs | $87.00 |
| 11/16/05 | KAE | Preparation for and attendance at deposition of P. Morin of PM Construction | 6.00 Hrs | $1,350.00 |
| 11/17/05 | KAE | Strategy conference with J. Mark Dickison; preparation for deposition of Goldman Environmental | 1.50 Hrs | $337.50 |
| 11/18/05 | KAE | Preparation for and attendance at deposition of Goldman Environmental | 6.50 Hrs | $1,462.50 |

**LAWSON & WEITZEN, LLP**
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

Re: Litigation

| | | | | |
|---|---|---|---|---|
| 11/21/05 | GFH | Receipt and review of depo notices;brief meeting Atty. Engberg;call to client. | 0.60 Hrs | $174.00 |
| 11/28/05 | GFH | meeting Atty. Engberg;review depo issues;meeting Atty. Dickison. | 0.80 Hrs | $232.00 |
| 11/28/05 | KAE | Preparation for and attendance at deposition of Mattucchio Construction; conference with plaintiff's and defendant's attorneys; conference with M. Dickison; | 2.00 Hrs | $450.00 |
| 11/29/05 | JMD | Discuss strategy with George Hailer regarding expert, potential settlement, and motion for summary judgment | 0.70 Hrs | $164.50 |
| 11/29/05 | KAE | Status conference with M. Dickison and G. Hailer; telephone calls to J. Robbins; preparation for deposition; | 0.50 Hrs | $112.50 |
| 11/30/05 | KAE | Preparation for deposition of S. McIntyre; review of outstanding discovery requests; | 0.50 Hrs | $112.50 |

TOTAL LEGAL SERVICES   $5,306.20

**LEGAL SERVICES SUMMARY**

| | |
|---|---|
| GEORGE F. HAILER | 3.18 Hrs |
| J. MARK DICKISON | 1.90 Hrs |
| Engberg, Kristina A. | 17.50 Hrs |
| | 22.58 Hrs |

**DISBURSEMENTS**

Thru November 30, 2005

| | |
|---|---|
| OFFSITE COPIES | $5.00 |
| INTERNAL DUPLICATING | $1.00 |
| POSTAGE | $0.60 |
| COURT REPORTER | $1,109.10 |
| TRANSCRIPTION | $27.00 |

**LAWSON & WEITZEN, LLP**
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

Re: Litigation

**DISBURSEMENTS**

Thru November 30, 2005

OVERNIGHT MAIL                                                    $21.84

                              TOTAL DISBURSEMENTS        $1,164.54

                              TOTAL THIS BILL            $6,470.74

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

February 23, 2006

Bill Number  36755
File Number  31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru January 31, 2006

| | | | | |
|---|---|---|---|---|
| 11/28/05 | KAE | Preparation for and attendance at deposition of Mattucchio Construction; conference with plaintiff's and defendant's attorneys; conference with M. Dickison; | 2.00 Hrs | $450.00 |
| 11/29/05 | KAE | status conference with M. Dickison and G. Hailer; telephone calls to J. Robbins; preparation for deposition; | 0.50 Hrs | $112.50 |
| 11/30/05 | KAE | Preparation for deposition of S. McIntyre; review of oustanding discovery requests; | 0.50 Hrs | $112.50 |
| 12/01/05 | GFH | Brief meeting Atty. Engberg;additional document info discussed;calls to client;photos and info requested. | 0.80 Hrs | $232.00 |
| 12/01/05 | KAE | Preparation for and attendance at deposition of Steve McIntyre; review and analysis of transcript of William Gatemen; conference with J. Robbins concerning case status; | 6.50 Hrs | $1,462.50 |
| 12/05/05 | GFH | Meeting Atty. Dickison;calls to client/BS;photos and settlement options discussed. | 0.60 Hrs | $174.00 |
| 12/06/05 | KAE | Review of Stalker testimony to determine expert testimony; review of Hawkins testimony to determine pricing to remove debris; conference with M. Dickision; review of documents produced | 1.00 Hrs | $225.00 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990


Robert's Dismantling

Re: Litigation


| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/05 | JMD | Confer wtih counsel for Gateman regarding joint defense strategy; Confer with Kristina Engberg regarding necessary research | 0.60 Hrs | $141.00 |
| 12/09/05 | JMD | Confer with law clerk regarding drafting of motion for summary judgment | 0.40 Hrs | $94.00 |
| 12/10/05 | JMD | Confer with law clerk regarding motion for summary judgment | 0.40 Hrs | $94.00 |
| 12/12/05 | JMD | Confer with law clerk Jon McKay and Kristina Engberg regarding preparing motion for summary judgment | 1.10 Hrs | $258.50 |
| 12/12/05 | JCM | Conference for Summary Judgment on behalf of Roberts trucking | 1.00 Hrs | $125.00 |
| 12/12/05 | JCM | Review depositions and complaint to compile facts for summary judgment | 2.50 Hrs | $312.50 |
| 12/13/05 | JCM | Gather facts from depositions, draft motion for summary judgment, begin memo in support of summary judgment | 7.50 Hrs | $937.50 |
| 12/14/05 | GFH | Meeting Atty. Dickison;issues of SJ discussed; call to client;issues of and status of case. | 0.50 Hrs | $145.00 |
| 12/14/05 | JCM | Gather facts from depositions, draft motion for summary judgment, begin memo in support of summary judgment | 3.30 Hrs | $412.50 |
| 12/15/05 | JMD | Edit stipulation of dismissal; Prepare email to opposing counsel | 0.30 Hrs | $70.50 |
| 12/15/05 | JCM | Draft memorandum in support of motion for summary judgment, and Motion for Stipulated Dismissal of the Third-Party Defendant Roberts Corporation | 5.30 Hrs | $662.50 |
| 12/15/05 | JCM | Draft memorandum in support of motion for summary judgment | 5.30 Hrs | $662.50 |
| 12/19/05 | JCM | Gather facts from depositions, draft motion for summary judgment, begin memo in support of summary judgment | 7.50 Hrs | $937.50 |
| 12/20/05 | JCM | Draft Memorandum in support of Summ. Judgment | 5.00 Hrs | $625.00 |
| 12/22/05 | JCM | Draft Memorandum in support of Summ. Judgment | 1.00 Hrs | $125.00 |
| 12/27/05 | JCM | Draft Facts for Memorandum in support of Summ. Judgment | 5.50 Hrs | $687.50 |
| 12/28/05 | JCM | Draft Memorandum in support of Summ. Judgment | 5.00 Hrs | $625.00 |
| 12/29/05 | JCM | Research oral modification for contracts in Mass | 7.50 Hrs | $937.50 |
| 12/30/05 | JCM | Draft Memorandum in support of Summ. Judgment | 4.00 Hrs | $500.00 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA 02210
617-439-4990

Robert's Dismantling

Re: Litigation

| 01/03/06 | GFH | Review of discovery doc;brief status update Atty. Dickison. | 0.40 Hrs | $116.00 |
| 01/03/06 | JMD | Conduct legal research for motion for summary judgment; Confer with law clerk regarding preparation of motion and memorandum; Review expert disclosures of plaintiff Georto | 2.10 Hrs | $493.50 |
| 01/03/06 | JCM | Research case law for performance, modification, and deviation from broad termed contracts | 5.50 Hrs | $687.50 |
| 01/04/06 | JMD | Confer with law clerk regarding summary judgment motion; Advise on strategy and drafting | 0.60 Hrs | $141.00 |
| 01/04/06 | JCM | Draft Argument for Memo in Support of the Summary Judgment | 5.00 Hrs | $625.00 |
| 01/05/06 | GFH | Meeting Atty. Dickison;call to client/BS;review memorandum for motion to discussed and comments. | 1.60 Hrs | $464.00 |
| 01/05/06 | JMD | Review and edit memo in support of summary judgment | 2.40 Hrs | $564.00 |
| 01/05/06 | JCM | Research environment standards for solid waste on construction sites and complete Memo in support of motion | 5.00 Hrs | $625.00 |
| 01/06/06 | JMD | Edit and revise memo for support for summary judgment | 2.20 Hrs | $517.00 |
| 01/17/06 | JMD | Conference with law clerk regarding preparation of statement of undisputed facts; Attend to summary judgment matters | 0.80 Hrs | $188.00 |
| 01/17/06 | SAV | Review summary judgment motion and file documents; draft concise statement of material facts | 2.50 Hrs | $312.50 |
| 01/20/06 | JMD | Attend to summary judgment;  Attend to issues about withdrawal of Gateman's counsel; Confer with Dale Kerester | 0.80 Hrs | $188.00 |
| 01/20/06 | SAV | Revise concise statement of material facts; prepare exhibits | 1.00 Hrs | $125.00 |
| 01/23/06 | JMD | Revise and edit summary judgment motion | 1.40 Hrs | $329.00 |
| 01/24/06 | JMD | Edit and revise motion for summary judgment | 2.20 Hrs | $517.00 |
| 01/26/06 | JMD | Edit and revise memorandum of law supporting summary judgment; Revise concise statement of facts | 2.80 Hrs | $658.00 |
| 01/27/06 | JMD | Edit and revise motion for summary judgment and associated papers | 5.90 Hrs | $1,386.50 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

Re: Litigation

| 01/28/06 | JMD | Revise, finalize, and electronically file motion for summary judgment, memo in support, and concise statement of facts; Prepare exhibits and notice and cover letter for conventional filing | 4.50 Hrs | $1,057.50 |
| 01/31/06 | GFH | Review and comment on final draft summary judgment;meeting Atty. Dickison | 2.00 Hrs | $580.00 |
| | | TOTAL LEGAL SERVICES | | $20,696.00 |

## LEGAL SERVICES SUMMARY

| | |
|---|---|
| GEORGE F. HAILER | 5.90 Hrs |
| J. MARK DICKISON | 28.50 Hrs |
| Engberg,  Kristina A. | 10.50 Hrs |
| Vonella,  Salvatore | 3.50 Hrs |
| McKay, Jonathan C. | 75.90 Hrs |
| | 124.30 Hrs |

## DISBURSEMENTS

Thru January 31, 2006

| | |
|---|---|
| INTERNAL DUPLICATING | $260.80 |
| POSTAGE | $2.68 |
| DOCUMENT SHIPMENT | $15.73 |
| TRANSCRIPTION | $1,562.00 |
| WESTLAW | $22.04 |
| TOTAL DISBURSEMENTS | $1,863.25 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

April 14, 2006

Bill Number  38188
File Number  31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru March 31, 2006

| | | | | |
|---|---|---|---|---|
| 02/06/06 | GFH | Calls from/to client;meeting Atty. Dickison;status update;issues of case dismissal. | 0.60 Hrs | $174.00 |
| 02/13/06 | GFH | Call to client;call from/to Dickison;issues of atty. withdrawal;meeting Atty. Engberg;options discussed on experts. | 0.60 Hrs | $174.00 |
| 03/10/06 | JMD | Prepare for hearing | 0.60 Hrs | $141.00 |
| 03/13/06 | GFH | Meeting Atty. Dickison;status hearing discussed and schedule;call to client;status and availability discussed. insurance coverage discovered. | 0.70 Hrs | $203.00 |
| 03/13/06 | JMD | Travel to Federal Court; Attend status hearing; Attend meeting with opposing counsel and negotiate new schedule; Confer with client regarding schedule and George Hailer | 2.80 Hrs | $658.00 |

TOTAL LEGAL SERVICES        $1,350.00

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

Re: Litigation

**LEGAL SERVICES SUMMARY**

| | |
|---|---|
| GEORGE F. HAILER | 1.90 Hrs |
| J. MARK DICKISON | 3.40 Hrs |
| | 5.30 Hrs |

**DISBURSEMENTS**

Thru March 31, 2006

| | |
|---|---|
| POSTAGE | $0.63 |
| TOTAL DISBURSEMENTS | $0.63 |
| TOTAL THIS BILL | $1,350.63 |

**LAWSON & WEITZEN, LLP**
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

June 12, 2006

Bill Number  39904
File Number 31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

**LEGAL SERVICES**

Thru May 31, 2006

| | | | | |
|---|---|---|---|---|
| 04/18/06 | GFH | meting Atty. Dickison;status of case and insurance coverage discussed.request status letter. | 0.60 Hrs | $174.00 |
| 04/19/06 | GFH | meeting Atty. Dickison;insurance issue discussed;review draft letter to client;options for coverage discussed;call to client. | 0.60 Hrs | $174.00 |
| 04/21/06 | JMD | Review opposition to motion for summary judgment | 0.90 Hrs | $211.50 |
| 04/27/06 | GFH | Calls from/to Adjusters and brokers;issues of coverage;brief meeting Atty. Dickison;case status and complaint timeline discussed. | 1.20 Hrs | $348.00 |
| 04/28/06 | JMD | Review opposition to motion for trustee process filed by Gateman | 0.40 Hrs | $94.00 |
| 05/31/06 | JMD | Prepare for and attend continued deposition of William Gateman; Contact court regarding status on motion for summary judgment | 4.50 Hrs | $1,057.50 |

TOTAL LEGAL SERVICES        $2,059.00

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

Re: Litigation

**LEGAL SERVICES SUMMARY**

| | |
|---|---|
| GEORGE F. HAILER | 2.40 Hrs |
| J. MARK DICKISON | 5.80 Hrs |
| | 8.20 Hrs |

**DISBURSEMENTS**

Thru May 31, 2006

| | |
|---|---|
| INTERNAL DUPLICATING | $0.60 |
| POSTAGE | $0.78 |
| TOTAL DISBURSEMENTS | $1.38 |

| | |
|---|---|
| TOTAL THIS BILL | $2,060.38 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

August 23, 2006

Bill Number  42225
File Number  31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru July 31, 2006

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/06 | JMD | Review court decision on summary judgment | 0.30 Hrs | $70.50 |
| 06/21/06 | GFH | Meeting Atty. Dickison;issues of insurance coverage and contacts. | 0.70 Hrs | $203.00 |
| 07/18/06 | JMD | Prepare pretrial disclosure; Review pretrial disclosure filed by Georto | 2.80 Hrs | $658.00 |
| 07/24/06 | GFH | Calls from/to Atty. Dickison;issues of case schedule and client insurance demand discussed. | 0.40 Hrs | $116.00 |
| 07/26/06 | GFH | Meeting with Atty. Dickison;calls to client/BS;issues of insurance coverage and notice to company;trial schedule discussed. | 0.80 Hrs | $232.00 |
| 07/26/06 | JMD | Confer with G. Hailer and client regarding trial and other matters; Confer with opposing attorney regarding proposed exhibits and pretrial memo;  Prepare letter to client regarding insurance matters; Prepare letter to broker regarding insurance matters | 1.10 Hrs | $258.50 |
| 07/31/06 | JMD | Attend to preparing for pretrial meeting of attorneys | 1.10 Hrs | $258.50 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA 02210
617-439-4990

Robert's Dismantling

Re: Litigation

| | | | | |
|---|---|---|---|---|
| 07/31/06 | DJH | Draft Opposition statement to Defendant for failure to disclose exhibits. | 1.00 Hrs | $165.00 |
| | | TOTAL LEGAL SERVICES | | $1,961.50 |

**LEGAL SERVICES SUMMARY**

| | |
|---|---|
| GEORGE F. HAILER | 1.90 Hrs |
| J. MARK DICKISON | 5.30 Hrs |
| Hutchison, Dean J. | 1.00 Hrs |
| | 8.20 Hrs |

**DISBURSEMENTS**

Thru July 31, 2006

| | |
|---|---|
| INTERNAL DUPLICATING | $4.80 |
| POSTAGE | $2.67 |
| TRANSCRIPTION | $377.00 |
| TOTAL DISBURSEMENTS | $384.47 |

| | |
|---|---|
| TOTAL THIS BILL | $2,345.97 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

October 20, 2006

Bill Number  44091
File Number  31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru September 30, 2006

| 08/01/06 | JMD | Travel to Georto's counsel's office and attend meeting regarding pretial memo and review exhibits | 2.10 Hrs | $493.50 |
|---|---|---|---|---|
| 08/01/06 | DJH | Conference with all counsel concerning pre-trial memo and exhibits. Begin drafting Robert's additions to pre-trial memorandum. | 5.00 Hrs | $825.00 |
| 08/02/06 | DJH | Begin drafting Jury instructions; review summary judgment papers and undisputed facts. Review Gateman deposition. | 5.00 Hrs | $825.00 |
| 08/03/06 | DJH | Continue working on pre-trial memorandum and preparing for trial. Review of relevant documents that will be identified as exhibits. | 3.50 Hrs | $577.50 |
| 08/04/06 | DJH | Review of deposition testimony in preparation for trial. Continue reviewing relevant documents. Case law research for jury instructions. | 3.00 Hrs | $495.00 |
| 08/07/06 | JMD | [NO CHARGE] Telephone conference with D. Hutchison | 0.20 Hrs | |
| 08/07/06 | DJH | Continue drafting pre-trial memorandum; final revisions to pre-trial memorandum; phone conference with J. Dickison; phone conference with Attorney Kerester regarding objected-to exhibits and additions to pre-trial memorandum. Review of Stalker deposition. Continue drafting jury instructions. | 5.00 Hrs | $825.00 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

| 08/08/06 | JMD | Prepare for trial | 1.80 Hrs | $423.00 |
|---|---|---|---|---|
| 08/08/06 | DJH | Review and outline of Wetherbee deposition transcript. | 3.00 Hrs | $495.00 |
| 08/09/06 | DJH | Trial Preparation, work on pre-trial, review depositions and documents | 8.00 Hrs | $1,320.00 |
| 08/11/06 | DJH | Finalize pre-trial memoranda, correspondence with opposing counsel; phone conference with opposing counsel. Continue trial preparation. | 6.00 Hrs | $990.00 |
| 08/14/06 | JMD | Finalize jury instructions; Prepare for trial | 1.20 Hrs | $282.00 |
| 08/14/06 | DJH | Continue trial preparation; finalize jury instructions | 5.00 Hrs | $825.00 |
| 08/15/06 | JMD | Prepare for trial; Review potential exhibits; Confer with Robert Stalker | 2.80 Hrs | $658.00 |
| 08/15/06 | DJH | Trial preparation; review deposition transcripts and documents | 8.00 Hrs | $1,320.00 |
| 08/16/06 | GFH | Meeting Atty. Dickison;pre-trial issues discussed. | 0.80 Hrs | $232.00 |
| 08/16/06 | JMD | Prepare Robert Stalker for testimony at trial; Reseach and consider implications of criminal actions; Prepare for trial | 3.10 Hrs | $728.50 |
| 08/16/06 | DJH | Trial preparation. | 8.00 Hrs | $1,320.00 |
| 08/17/06 | JMD | Travel to federal court and attend final pretrial conference; Prepare opening statement; Prepare exhibits; Prepare cross examination of witnesses | 4.40 Hrs | $1,034.00 |
| 08/17/06 | DJH | Continue trial preparation; draft Doherty deposition designations; attend pre-trial conference; Begin organizing trial exhibits. | 8.00 Hrs | $1,320.00 |
| 08/18/06 | JMD | Prepare for trial; Prepare for examination of Jim Hawkins and PM Construction witnesses | 4.90 Hrs | $1,151.50 |
| 08/18/06 | DJH | Trial preparation; organize Sanctions for trial presentation; set up Doherty deposition for designations. | 8.00 Hrs | $1,320.00 |
| 08/19/06 | JMD | Prepare cross examination of Gateman; Revise opening | 2.90 Hrs | $681.50 |
| 08/19/06 | DJH | Trial preparation | 4.00 Hrs | $660.00 |
| 08/20/06 | JMD | Prepare for trial; Revise opening; Prepare examinations of Gateman; Hawkins; McIntyre and Morin | 6.80 Hrs | $1,598.00 |
| 08/21/06 | GFH | Trail status meeting Atty. Dickison;case delayed and administrative answered discussed | 1.00 Hrs | $290.00 |
| 08/21/06 | JMD | Prepare for trial; Travel to Federal Court;  Attend to trial and continuance;  Prepare letter regarding insurance | 5.80 Hrs | $1,363.00 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

Robert's Dismantling

Re: Litigation

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/21/06 | DJH | Attend Trial Day 1. | 5.00 Hrs | $825.00 |
| 08/22/06 | JMD | Travel to Federal Court and attend mediation | 5.90 Hrs | $1,386.50 |
| 08/29/06 | JMD | Confer with counsel regarding possible jury waiver and consolidation | 0.30 Hrs | $70.50 |
| 08/30/06 | GFH | Calls to Geopshere;status of site assessment;calls to Bowers;status of Local Counsel;call from Atty. Rudnick;status update. | 0.40 Hrs | $116.00 |
| 09/01/06 | DJH | trial preparation | 3.50 Hrs | $577.50 |
| 09/05/06 | JMD | Confer with client regarding waiver of jury trial; Confer with opposing counsel regarding trial strategy; Prepare for trial | 0.60 Hrs | $141.00 |
| 09/08/06 | DJH | Trial preparation for Trial Day 1 | 2.00 Hrs | $330.00 |
| 09/10/06 | JMD | Prepare for trial; Finalize opening | 1.90 Hrs | $446.50 |
| 09/11/06 | JMD | Prepare for trial; Travel to Federal Court and attend trial; Prepare cross examination of Hawkins | 6.80 Hrs | $1,598.00 |
| 09/11/06 | DJH | Trial Day 1; preparation for Day 2. | 9.00 Hrs | $1,485.00 |
| 09/12/06 | JMD | Prepare for and attend trial; Prepare cross exam of Morin, McIntyre | 4.80 Hrs | $1,128.00 |
| 09/12/06 | DJH | Trial Day 2; preparation for Day 3. | 8.00 Hrs | $1,320.00 |
| 09/13/06 | JMD | Prepare for and attend trial; Confer with client | 5.10 Hrs | $1,198.50 |
| 09/13/06 | DJH | Trial Day 3, preparation for Day 4. | 8.00 Hrs | $1,320.00 |
| 09/14/06 | GFH | Litigation status meeting Atty. Dickison. | 0.60 Hrs | $174.00 |
| 09/14/06 | JMD | Prepare for and attend trial at federal court | 4.90 Hrs | $1,151.50 |
| 09/14/06 | DJH | Trial Day 4, Preparation for next week; review of Wetherbee deposition. | 7.00 Hrs | $1,155.00 |
| 09/15/06 | DJH | Conference with Mark Dickison; review Gateman and Wetherbee depositions regarding fill. | 2.00 Hrs | $330.00 |
| 09/17/06 | DJH | Review McKinley Deposition in preparation of Trial testimony | 1.00 Hrs | $165.00 |
| 09/18/06 | JMD | Prepare cross examination of Chad Michaud; Travel to and attend trial; Engage in trial prep | 6.50 Hrs | $1,527.50 |
| 09/18/06 | DJH | Trial Day 5, Preparation for Day 6 | 8.50 Hrs | $1,402.50 |
| 09/19/06 | JMD | Prepare cross exam of Gateman; Prepare for trial; Attend trial | 6.60 Hrs | $1,551.00 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990


Robert's Dismantling

Re: Litigation


| | | | | |
|---|---|---|---|---|
| 09/19/06 | DJH | Trial Day 6, Prepare for Day 7 | 9.00 Hrs | $1,485.00 |
| 09/20/06 | JMD | Prepare for and attend trial; Attend mediation | 7.60 Hrs | $1,786.00 |
| 09/20/06 | DJH | Trial Day 7 | 8.00 Hrs | $1,320.00 |
| 09/21/06 | JMD | Prepare findings and rulings and requests for facts | 1.30 Hrs | $305.50 |
| 09/22/06 | GFH | Calls from/to Atty. Dickison;litigation status discussed. | 0.40 Hrs | $116.00 |
| 09/22/06 | JMD | Prepare for trial; Prepare cross examination of Scott Wetherbee; | 0.90 Hrs | $211.50 |
| 09/22/06 | DJH | Review Doherty deposition for objections; conference with Attorney Dickison; case law research on 93A and negligent misrepresentation. | 3.00 Hrs | $495.00 |
| 09/24/06 | JMD | Prepare direct examination of Robert Stalker; Prepare cross examination of Scott Wetherbee | 1.80 Hrs | $423.00 |
| 09/25/06 | GFH | Calls to/from Atty. Dickison;litigation strategy | 0.30 Hrs | $87.00 |
| 09/25/06 | JMD | Prepare for, travel to, and attend trial | 7.40 Hrs | $1,739.00 |
| 09/25/06 | DJH | Trial Day 8 | 7.50 Hrs | $1,237.50 |
| 09/26/06 | GFH | Meeting Atty. Dickison;Atty. Hutchinson;case summary and scope of filings discussed;call to client/BS;client.L;status of administrative issues. | 1.00 Hrs | $290.00 |
| 09/26/06 | DJH | Begin reviewing transcript for Findings of fact | 2.00 Hrs | $330.00 |

TOTAL LEGAL SERVICES      $51,277.00


**LEGAL SERVICES SUMMARY**

| | |
|---|---|
| GEORGE F. HAILER | 4.50 Hrs |
| J. MARK DICKISON | 98.40 Hrs |
| Hutchison, Dean J. | 163.00 Hrs |
| | 265.90 Hrs |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990


Robert's Dismantling

Re: Litigation


**DISBURSEMENTS**

Thru September 30, 2006

INTERNAL DUPLICATING

POSTAGE                                                                    $121.20

PARKING                                                                      $0.39

TRANSCRIPTION                                                               $81.00

WESTLAW                                                                    $237.38

SUMMONS                                                                     $31.19

                                                                           $99.00

                        TOTAL DISBURSEMENTS                   $570.16


                             TOTAL THIS BILL          $51,847.16

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990

December 13, 2006

Bill Number  46055
File Number 31322-0025

Robert's Dismantling
Attn:  Bob Stalker
4 Bridle Bridge Rd.
P.O. Box 455
Hudson, NH 03051

Re: Litigation

## LEGAL SERVICES

Thru November 30, 2006

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/10/06 | DJH | Continue reading and taking notes on trial transcript. | 6.00 Hrs | $990.00 |
| 10/11/06 | JMD | Attend to preparing findings of fact and rulings of law | 2.10 Hrs | $493.50 |
| 10/11/06 | DJH | Continue review of trial transcript and exhibits. | 7.00 Hrs | $1,155.00 |
| 10/12/06 | DJH | Continue Findings of Fact and Rulings of Law | 8.00 Hrs | $1,320.00 |
| 10/13/06 | JMD | Edit and revise findings of fact and rulings of law | 2.30 Hrs | $540.50 |
| 10/16/06 | GFH | Review draft brief f filing;calls to client/administrative matters | 2.00 Hrs | $580.00 |
| 10/16/06 | JMD | Finalize and file requests for findings and rulings of law | 2.80 Hrs | $658.00 |
| 10/16/06 | DJH | Final revisions to Findings of Fact. | 5.00 Hrs | $825.00 |
| 10/17/06 | DJH | Review opposing counsels' findings. | 4.00 Hrs | $660.00 |
| 10/18/06 | DJH | Continue review of opposing papers and begin review of transcripts and exhibits for reply | 3.00 Hrs | $495.00 |
| 10/19/06 | DJH | Draft reply brief | 3.00 Hrs | $495.00 |
| 10/20/06 | DJH | Continue work on reply brief | 2.50 Hrs | $412.50 |
| 10/23/06 | JMD | Revise and edit reply to Georto and Galeman's requests for finding and rulings of law | 0.70 Hrs | $164.50 |

LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston MA  02210
617-439-4990


Robert's Dismantling

Re: Litigation


| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/06 | DJH | Finalize reply brief. | 4.50 Hrs | $742.50 |
| 10/24/06 | DJH | Review of Georto reply brief | 2.00 Hrs | $330.00 |
| 10/25/06 | JMD | Attend to scheduling of closing arguments;  Prepare closing statement | 0.70 Hrs | $164.50 |
| 10/25/06 | DJH | Conference with opposing counsel and clerk. | 0.30 Hrs | $49.50 |
| 10/26/06 | JMD | Review papers submitted by opposing counsel in preparation for closing arguments | 2.10 Hrs | $493.50 |
| 10/27/06 | GFH | Calls from/to Atty. Dickison;status update;call to client;status update and administrative. | 0.30 Hrs | $87.00 |
| 10/27/06 | JMD | Prepare for, travel to, and attend closing arguments | 5.80 Hrs | $1,363.00 |
| 10/27/06 | DJH | Attend closing arguments | 5.00 Hrs | $825.00 |

TOTAL LEGAL SERVICES        $12,844.00

## LEGAL SERVICES SUMMARY

| | | |
|---|---|---|
| GEORGE F. HAILER | 2.30 Hrs | |
| J. MARK DICKISON | 16.50 Hrs | |
| Hutchison, Dean J. | 50.30 Hrs | |
| | 69.10 Hrs | |

## DISBURSEMENTS

Thru November 30, 2006

POSTAGE                                         $0.63

TRANSCRIPTION                              $1,540.48

WESTLAW                                       $57.51

TOTAL DISBURSEMENTS        $1,598.62