UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, | ) | |
|     Defendant, Third Party | ) | Civil Action No. 04-11730-NG |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTS, INC. | ) | |
|     Third Party Defendant | ) | |

DEFENDANT WILLIAM GATEMAN'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO ROBERTS, INC.'S MOTION FOR ATTORNEY'S
FEES AND COSTS

    Defendant William Gateman moves that the time within which he must file a response to Third Party Defendant Roberts, Inc.'s Motion for Attorney' Fees and Costs be extended to August 17, 2007, the date upon which the Defendant's response to Plaintiff's application for attorney's fees is due.

    Defendant has conferred with Roberts' counsel and is informed that there is no opposition to the motion.

    By his attorneys,

    DiMENTO & SULLIVAN

    /s/ Carolyn M. Conway
    BBO# 097160
    7 Faneuil Marketplace, Third Floor
    Boston, Massachusetts 02109
    (617) 523-2345

1