UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., <br>     Plaintiff, <br><br> v. <br><br> WILLIAM GATEMAN, INDIVIDUALLY <br> and as TRUSTEE OF 200 UNION <br> STREET REALTY TRUST, <br>     Defendant and <br>     Third Party Plaintiff, <br><br> v. <br><br> ROBERTS CORPORATION, <br>     Third Party <br>     Defendant. | CIVIL ACTION NO. 04-11730 NG |

### GEORTO, INC.'S NOTICE OF APPEAL

Notice is hereby given that Georto, Inc., Plaintiff in the above named case, appeals to the United States Court of Appeals for the First Circuit from the judgment entered in this action pursuant to the Memorandum and Order dated July 3, 2007.

                                                              **PLAINTIFF GEORTO, INC.**
                                                               By its attorney

                                                               /s/ Dale Kerester
                                                              Dale Kerester, Esq., BBO # 548385
                                                               Lynch, Brewer, Hoffman & Fink LLP
                                                               101 Federal Street
                                                               22nd Floor
                                                               Boston, MA 02110
                                                               617-951-0800
                                                               dkerester@lynchbrewer.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                               /s/ Dale C. Kerester
                                                               Dale Kerester

Dated: August 15, 2007