UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GATEMAN, | ) | |
|     Defendant, Third Party | ) | Civil Action No. 04-11730-NG |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTS, INC. | ) | |
|     Third Party Defendant | ) | |

DEFENDANT WILLIAM GATEMAN'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO PLAINTIFF'S APPLICATION FOR
ATTORNEY'S FEES AND COSTS

    Defendant William Gateman moves that the time within which he must file a response to Plaintiff's Application forAttorney' Fees and Costs be extended to August 21, 2007.  The short extension is requested in order to allow defense counsel complete defendant's response.

    Defendant has conferred with  Plaintiff's counsel and is informed that there is no opposition to the motion.

    By his attorneys,

    DiMENTO & SULLIVAN

    /s/  Carolyn M. Conway
    BBO# 097160
    7 Faneuil Marketplace, Third Floor
    Boston, Massachusetts  02109
    (617) 523-2345