UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., <br>         Plaintiff, <br><br> v. <br><br> WILLIAM GATEMAN, INDIVIDUALLY <br> and as TRUSTEE OF 200 UNION <br> STREET REALTY TRUST, <br>         Defendant and <br>         Third Party Plaintiff, <br><br> v. <br><br> ROBERTS CORPORATION, <br>         Third Party <br>         Defendant. | CIVIL ACTION NO. 04-11730 NG |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SHORT REPLY
TO DEFENDANT'S RESPONSE TO APPLICATION
FOR REASONABLE ATTORNEY'S FEES AND COSTS**

Plaintiff Georto, Inc. ("Georto"), pursuant to Local Rule 7.1(B)(3), hereby moves that the Court grant Georto leave to file a Reply to Defendant William Gateman's Response to Plaintiff's Application for Attorney's Fees and Costs. A copy of the proffered Reply is attached hereto as Exhibit "A". In support of its request, Georto respectfully submits that the Reply may assist the Court in its determination regarding Plaintiff's Application for Reasonable Attorney's Fees and Costs. Georto further states that Defendant William Gateman does not oppose this motion for leave.

          **PLAINTIFF GEORTO, INC.**
          By its attorney

          /s/ Dale Kerester
          Dale Kerester, Esq., BBO # 548385
          Lynch, Brewer, Hoffman & Fink LLP
          101 Federal Street
          22nd Floor
          Boston, MA 02110
          617-951-0800
          dkerester@lynchbrewer.com

Dated: August 29, 2007

## Certificate of Compliance with Local Rule 7.1

I, Dale C. Kerester, attorney for Plaintiff Georto, Inc. in the above-referenced matter, hereby certify that the provisions of Local Rule 7.1 have been complied with. I conferred with Defendants' counsel, Carolyn Conway, pursuant to an exchange of telephone messages on August 28 and 29, 2007 and was advised by Ms. Conway that Defendant did not oppose this motion.

          /s/ Dale C. Kerester
          Dale C. Kerester

Dated: August 29, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

          /s/ Dale Kerester
          Dale Kerester

Dated: August 29, 2007