## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11730

Georto, Inc.,

v.

William Gateman

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-99

and contained in I-III Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  8/2/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 21, 2007.

Sarah A Thornton, Clerk of Court

By
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _9/4/07_ .

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _07-2391_

- 3/06