UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., )<br>    Plaintiff )<br>  )<br>v. )<br>  )<br>WILLIAM GATEMAN, )<br>    Defendant, Third Party )<br>    Plaintiff )<br>  )<br>v. )<br>  )<br>ROBERTS, INC. )<br>    Third Party Defendant ) | Civil Action No. 04-11730-NG |

**MOTION OF ATTORNEYS FRANCIS J. DIMENTO, CAROLYN M. CONWAY, DiMENTO & SULLIVAN, AND MARK P. McGRATH TO WITHDRAW AS COUNSEL FOR DEFENDANT WILLIAM GATEMAN**

Attorneys Francis J. DiMento, Carolyn M. Conway, the firm of DiMento & Sullivan and Mark P. McGrath hereby move for leave to withdraw as counsel for Defendant William Gateman.

As reason for this Motion, Attorneys DiMento, Conway and McGrath state that serious differences have arisen between counsel and defendant Gateman regarding counsel's continued representation in this matter which have necessitated the filing of this motion. These differences make counsel's continued representation onerous and not in the best interest of the defendant.

Although certain matters regarding the awarding of attorney's fees remain outstanding, counsel has filed oppositions thereto and there appears to be no need of further imput by counsel for the Court to reach a decision on those matters.

2

WHEREFORE, counsel requests that they be granted leave to withdraw.

        Respectfully submitted,

        DiMENTO & SULLIVAN

        /s/ Francis J. DiMento
        BBO# 125000
        /s/ Carolyn M. Conway
        BBO# 097160
        7 Faneuil Marketplace, Third Floor
        Boston, MA  02109
        (617) 523-2345

        /s/ Mark P. McGrath
        9 West Broadway, Suite 214
        South Boston, MA  02127
        (617) 271-9009

## CERTIFICATE OF SERVICE

I, Carolyn M. Conway, hereby certify that I have caused the foregoing Motion to Withdraw to be served upon Defendant William Gateman by causing a copy hereof to be emailed to Mr. Gateman at wmgateman@comcast.net and to be mailed, postage prepaid, to his residence at 93 Atlantic Avenue, Swampscott, MA  01907.

        /s/ Carolyn M. Conway