UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORTO, INC., )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>WILLIAM GATEMAN, INDIVIDUALLY )<br>and as TRUSTEE OF 200 UNION )<br>STREET REALTY TRUST, )<br>    Defendant and )<br>    Third-Party Plaintiff, )<br>  )<br>v. )<br>  )<br>ROBERTS CORPORATION, )<br>    Third-Party Defendant. )<br>  ) | | CIVIL ACTION NO. 04-11730 NG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Joel Lewin, Esq. of the law firm of Hinckley, Allen & Snyder LLP as counsel for Defendant and Third-Party Plaintiff William Gateman, Individually and as Trustee of 200 Union Street Realty Trust, in the above-captioned matter.

        Respectfully submitted,

        William Gateman, Individually and as
        Trustee of 200 Union Street Realty Trust

        By his attorney,

          /s/ Joel Lewin
        Joel Lewin, BBO #298040
        HINCKLEY, ALLEN & SNYDER LLP
        28 State Street
        Boston, MA 02109
        (617) 345-9000
        jlewin@haslaw.com

Dated:  January 18, 2008

## CERTIFICATE OF SERVICE

I, Joel Lewin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of January, 2008.

    /s/ Joel Lewin_____
    Joel Lewin