# MANDATE

# United States Court of Appeals
## For the First Circuit

04-11730
USDC/MA
Gertner, J

Nos. 07-2291, 07-2292

GEORTO, INC.,
Plaintiff -Appellee \ Cross - Appellant,

v.

WILLIAM GATEMAN, individually and as Trustee
of 200 Union Street Realty Trust,
Defendant \ Third Party Plaintiff - Appellant\Cross - Appellee,

v.

ROBERTS CORPORATION,
Third Party Defendant -Appellee.

---

### JUDGMENT

Entered: January 31, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By:_____
Appeals Attorney

_____
Deputy Clerk

Date: 1/31/08

[cc: Joel Lewin, Esq., William Gateman, Dale C. Kerester, Esq., Carolyn Conway, Esq., J.M. Dickison, Esq.]