UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., <br><br>　　Plaintiff, <br><br>v. <br><br>WILLIAM GATEMAN, INDIVIDUALLY and as TRUSTEE OF 200 UNION STREET REALTY TRUST <br><br>　　Defendant and <br>　　Third-Party Plaintiff, <br><br>v. <br><br>ROBERTS CORPORATION <br><br>　　Third-Party Defendant, <br><br>v. <br><br>EASTERN BANK, <br>TD BANKNORTH, N.A., <br>and CITIZENS BANK <br>OF MASSACHUSETTS, <br><br>　　Trustee Process Defendants. | CIVIL ACTION NO. 04-11730-NG |

## DISCHARGE OF TRUSTEES

The Plaintiff, Georto, Inc. hereby agrees that the Trustee Process Defendants Eastern Bank, TD Banknorth, N.A., and Citizens Bank of Massachusetts, are discharged for the following reasons:

　　1.　　The Plaintiff filed its Complaint on August 5, 2004 concerning the Plaintiff's purchase of certain real property consisting of approximately 19,500 square feet located between Ellis Street and Union Street.

　　2.　　The Plaintiff filed a Motion for Approval of Trustee Process against Eastern Bank, TD Banknorth, N.A., and Citizen Bank of Massachusetts on April 7, 2006.

3. The Motion for Approval of Trustee Process was granted on May 25, 2006.

4. An Attachment was approved by the Court and Summonses to Trustees were issued in connection therewith (the "Trustee Process Attachments") to Eastern Bank, TD Banknorth, N.A., and Citizen Bank of Massachusetts on May 26, 2006.

5. Citizens Bank of Massachusetts answered the Summons to Trustee on June 14, 2006.

6. Eastern Bank answered the Summons to Trustee on June 16, 2006.

7. TD Banknorth, N.A. answered the Summons to Trustee on June 22, 2006.

8. The Plaintiff and the Defendant William Gateman, individually and as Trustee of 200 Union Street Realty Trust, entered into a settlement agreement in January 2008 (the "Settlement Agreement").

9. Pursuant to the Settlement Agreement, Plaintiff Georto has agreed that the Trustees shall be, and hereby are, discharged from the Trustee Process Attachments.

WHEREFORE, TD Banknorth, N.A., Eastern Bank, and Citizens Bank of Massachusetts are hereby discharged from all the Trustee Process Attachments and the above-entitled action.

Respectfully submitted,

GEORTO, INC.

By its attorney,

/s/ Dale Kerester
Dale Kerester, Esq., BBO # 548385
Lynch, Brewer, Hoffman & Fink LLP
101 Federal Street
22nd Floor
Boston, MA 02110
617-951-0800
dkerester@lynchbrewer.com

Dated: February 5, 2008

So Ordered

_____

**CERTIFICATE OF SERVICE**

     I, Dale Kerester, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of February, 2008.

                                                   /s/ Dale Kerester
                                                   Dale Kerester

#721582