UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORTO, INC., <br>     Plaintiff, <br> <br> v. <br> <br> WILLIAM GATEMAN, INDIVIDUALLY <br> and as TRUSTEE OF 200 UNION <br> STREET REALTY TRUST, <br>     Defendant and <br>     Third Party Plaintiff, <br> <br> v. <br> <br> ROBERTS CORPORATION, <br>     Third Party <br>     Defendant. | CIVIL ACTION NO. 04-11730 NG |

## AGREEMENT FOR JUDGMENT

TO THE CLERK OF THE ABOVE-NAMED COURT:

Plaintiff Georto, Inc. ("Georto"), Defendant William Gateman, individually and as trustee of the 200 Union Street Realty Trust ("Gateman"), and Third Party Defendant Roberts Corporation ("Roberts") hereby agree and stipulate that final judgment shall enter as follows:

JUDGMENT is hereby entered in favor of plaintiff Georto, Inc. ("Georto") and against defendant William Gateman, individually and as Trustee of the 200 Union Street Realty Trust ("Gateman"), on all counts of Georto's Complaint (Count One: Breach of Warranty; Count Two: Fraud; Count III: Negligent Misrepresentation; Count Four: Breach of the Implied Covenant of Good Faith and Fair Dealing; and Count Five: Violation of Mass. Gen. L. c. 93A, §§ 2, 11) in the amount of Five Hundred Thousand Dollars ($500,000.00);

JUDGMENT is hereby entered in favor of third-party defendant Roberts Corporation and against Gateman on all counts of Gateman's Third Party Complaint; costs to no party; all rights of appeal are waived.

**PLAINTIFF GEORTO, INC.**
By its attorney

/s/ Dale Kerester_____
Dale Kerester, Esq., BBO # 548385
Lynch, Brewer, Hoffman & Fink LLP
101 Federal Street
22nd Floor
Boston, MA 02110
617-951-0800
dkerester@lynchbrewer.com

**DEFENDANT WILLIAM GATEMAN,**
**INDIVIDUALLY AND AS TRUSTEE**
**OF THE 200 UNION STREET REALTY TRUST**

/s/ William Gateman_____
William Gateman

/s/ William Gateman_____
William Gateman, as Trustee of the
200 Union Street Realty Trust

And by his attorney

/s/ Joel Lewin_____
Joel Lewin
Hinkely, Allen & Synder LLP
28 State Street
Boston, MA 02109-1775
617-345-9000
jlewin@haslaw.com

**THIRD PARTY DEFENDANT ROBERTS CORPORATION**
By its attorneys

/s/ Dean Hutchison
J. Mark Dickison, Esq., BBO# 629170
Dean Hutchison, BBO #658891
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02110
(617) 439-4990
mdickison@lawson-weitzen.com


Dated:   February 15, 2008


## CERTIFICATE OF SERVICE

I, Joel Lewin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of February, 2008.


/s/ Joel Lewin
Joel Lewin

#723791